08cv 0464-BTM(JMA)

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

\# 149827      - MS
* * C O P Y * *
April 16, 2008
15:17:35

Habeas Corpus
USAO #.: 08CV464-BTM
Judge..: BARRY T MOSKOWITZ
Amount.:                    $5.00 MO
Check#.: 11252816256

Total-> $5.00

FROM: GURDEV SINGH VS.
      MICHAEL CHERTOFF