1

2

3                        UNITED STATES DISTRICT COURT

4                FOR THE SOUTHERN DISTRICT OF CALIFORNIA

5

6    GURDEV SINGH,                    )    Case No. 08cv0464-BTM (JMA)
                                      )    A42-967-796
7                   Petitioner,       )
                                      )
8         vs.                         )
                                      )    EXHIBITS
9    MICHAEL CHERTOFF, Secretary      )
     of Homeland Security, et al.,    )
10                                    )
                    Respondents.      )
11

12   _____

13   Singh's Immigrant Visa.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  1

14   Singh's Conviction Documents.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2-15

15   Pre-Removal Proceedings Documents. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16-22

16   Notice to Appear. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23-27

17   Immigration Court Pre-Hearing Orders. . . . . . . . . . . . . . . . . . . . . . . 28-32, 36-44

18   Notice of Entry of Appearance of Singh's Attorney.. . . . . . . . . . . . . . . . . . . . 33-35

19   IJ's Order of Removal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  45

20   Singh's Notice of Appeal. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 46-50

21   Warning for Failure to Depart (refusals to sign).. . . . . . . . . . . . . . . . . . . . 51, 57

22   BIA Decision.. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 53-54

23   ICE Correspondence to Indian Consulate.. . . . . . . . . . . . . . . . . . . . . . . . . . . 55-56

24   Post Order Custody Review completed July 5, 2007.. . . . . . . . . . . . . . . . . . . 58-69

25   Clerk's Record in Singh v. Mukasey, No. 07-71577 (9th Cir.). . . . . . . . . . . . . 70-72

26

27

28

OPTIONAL FORM 155A (Rev. 6-85)
DEPT. OF STATE

NSN 7540-01-126-7761

50155-203

**IV-42,967,796**

## IMMIGRANT VISA AND ALIEN REGISTRATION

☐ THE IMMIGRANT HAS BEEN PREVIOUSLY IN THE UNITED STATES

| OF: | *(Family Name)* | *(First Name)* | *(Middle Name)* | INS FILE #, IF KNOWN |
|---|---|---|---|---|
| | SINGH, GURDEV | | | |

| ACTION BY IMMIGRATION INSPECTOR | THE IMMIGRANT NAMED ABOVE ARRIVED IN THE UNITED STATES VIA *(Name of vessel or flight no. of arrival)* | INELIGIBILITY FOR VISA WAIVED UNDER SECTION |
|---|---|---|

U.S. IMMIGRATION
130   SFR   1405

JUN 26 1991

SQ 002

☐ 212(e)    ☐ 212(h)
☐ 212(g)    ☐ 212(i)

ADMITTED
UNTIL _____ [CLASS]

| CITY AND COUNTRY OF BIRTH | MO-DAY-YR OF BIRTH |
|---|---|
| BOHANI, INDIA | 28NOV56 |

| CITY AND COUNTRY OF LAST RESIDENCE | NATIONALITY |
|---|---|
| BOHANI, IND | INDIAN |

| MARITAL STATUS | MOTHER'S FIRST NAME | FATHER'S FIRST NAME |
|---|---|---|
| ☒M ☐S ☐W ☐D ☐SEP | PRITAM | SARWAN |

| FINAL ADDRESS IN THE UNITED STATES | STREET ADDRESS, INCLUDE IN CARE OF & APT# IF APPLICABLE | CITY, STATE, AND ZIP CODE IF AVAILABLE | |
|---|---|---|---|
| | SURINDER KAUR 3805 AMY COURT 2714 DOWE AVE | UNION CITY, CA | 94587 |

| SEC. 212(a)(14) LABOR CERTIFICATION | ☐ NOT APPLICABLE  ☒ NOT REQUIRED  ☐ ATTACHED | OCCUPATION FFF AGRICULTURE | SEX M ☒ F ☐ |
|---|---|---|---|

This visa is issued under Section 221 of the Immigration and Nationality Act, and upon the basis of the facts stated in the application. Possession of a visa does not entitle the bearer to enter the United States if at the time he seeks to enter he is found to be inadmissible. Upon arrival in the United States, it must be surrendered to a United States Immigration Officer.

AMERICAN EMBASSY

AT   NEW DELHI

*Consular Officer of the United States of America*

**IMMIGRANT CLASSIFICATION**

| CLASSIFICATION SYMBOL | P5-1 |
|---|---|
| FOREIGN STATE/OTHER AREA LIMITATION | INDIA |

| IMMIGRANT VISA NO. |
|---|
| NWD8513325301  42967796 |

| ISSUED ON | (Day) | (Month) | (Year) |
|---|---|---|---|
| 17MAY91 | | | |

| THE VALIDITY OF THIS VISA EXPIRES MIDNIGHT AT THE END OF | (Day) | (Month) | (Year) |
|---|---|---|---|
| 13SEP91 | | | |

**PASSPORT**

| NO. | X--421746 |
|---|---|

OR OTHER TRAVEL DOCUMENTS (Describe)

| ISSUED TO | |
|---|---|
| BY | |
| ON | |
| EXPIRES | **IV-42,967,796** |

Tariff No. 21
Fee Paid $75
Local Cy. Equiv. _____

| ACTION OF I.J. | ACTION ON APPEAL | U.S.P.H.S. |
|---|---|---|
| | | Info given to IRS on date of 1-551 Issuance: Name, Addr, DOB, A#, Class of Adm, Occup & answers to Form 9003. |

VM 11/21

F63134

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT - DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

**ENDORSED**

**FILED**

NOV 3 2005

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SUTTER
CLERK OF THE COURT
LAURIE T. ZENGER
By_____ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF: **Sutter**

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA vs.<br>DEFENDANT: **GURDEV SINGH TUNG** | DOB: **11-28-56** | **CRF02-2287** -A |
| AKA: | | **CRF05-2096** -B |
| CII#: **A11503862** | | -C |
| BOOKING #: **34318** | ☐ NOT PRESENT | -D |
| COMMITMENT TO STATE PRISON<br>ABSTRACT OF JUDGMENT | ☐ AMENDED<br>ABSTRACT | |

| DATE OF HEARING<br>**10-19-05** | DEPT. NO.<br>**A** | JUDGE<br>**CHRIS CHANDLER** |
|---|---|---|
| CLERK<br>**LAURIE T. ZENGER** | REPORTER<br>**SHERYL DIRKS** | PROBATION NO. OR PROBATION OFFICER |
| COUNSEL FOR PEOPLE<br>**CAMERON KING** | | COUNSEL FOR DEFENDANT<br>**MICHAEL BARRETTE** ☐ APPTD. |

1. Defendant was convicted of the commission of the following felonies:
   ☐ Additional counts are listed on attachment
   _____ (number of pages attached).

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO/DATE/YEAR) | CONVICTED BY JURY | COUNT | PLEA | TERM (L-14,U) | CONCURRENT | CONSECUTIVE 12 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (from S. form) | 654/STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1 | PC | 273.5(a) | SPOUSAL ABUSE | 2002 | 09-18-02 | | X | | M | | | | | | | 3 | 0 |
| B1 | VC | 23152(a)/23550.5 | FELONY DUI W/PRIOR | 2005 | 10-19-05 | | X | | M | X | | | | | | (2 | 0) |
| | | | | | · · | | | | | | | | | | | | |
| | | | | | · · | | | | | | | | | | | | |
| | | | | | · · · | | | | | | | | | | | | |
| | | | | | · · | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTIONS OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENT(S).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: ____

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME EXCLUDING COUNTY JAIL TERM: **3** | **0**

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

Form Adopted for Mandatory Use
Judicial Council of California
CR-290 (Rev. January 1, 2003)

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE**
*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

Page 1 of 2

Penal Code,
§§ 1213, 1213.5

**2**

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **GURDEV SINGH TUNG**

| CRF02-2287 | -A | CRF05-2096 | -B | | -C | | -D |
|---|---|---|---|---|---|---|---|

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):

a. __Restitution Fine(s):__

Case A: $*____     per PC 1202.4(b) forthwith per PC 2085.5;    $200.00    per PC 1202.45 suspended unless parole is revoked.
Case B: $400.00    per PC 1202.4(b) forthwith per PC 2085.5;    $400.00    per PC 1202.45 suspended unless parole is revoked.
Case C: $____      per PC 1202.4(b) forthwith per PC 2085.5;    $____      per PC 1202.45 suspended unless parole is revoked.
Case D: $____      per PC 1202.4(b) forthwith per PC 2085.5;    $____      per PC 1202.45 suspended unless parole is revoked.

b. __Restitution per PC 1202.4(f):__

Case A: $         ☐ Amount to be determined  to ☐ victim(s)*   ☐ Restitution Fund
Case B: $____     ☐ Amount to be determined  to ☐ victim(s)*   ☐ Restitution Fund
Case C: $____     ☐ Amount to be determined  to ☐ victim(s)*   ☐ Restitution Fund
Case D: $____     ☐ Amount to be determined  to ☐ victim(s)*   ☐ Restitution Fund

(*List victim name(s) if known and amount breakdown in item 11, below.)

c. __Fine(s):__

Case A: $____  per PC 1202.5. $____  per VC 23550 or ____ days    ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS
Case B: $____  per PC 1202.5. $____  per VC 23550 or ____ days    ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS
Case C: $____  per PC 1202.5. $____  per VC 23550 or ____ days    ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS
Case D: $____  per PC 1202.5. $____  per VC 23550 or ____ days    ☐ county jail  ☐ prison in lieu of fine  ☐ CC  ☐ CS

d. __Lab Fee and Drug Program Fee:__

Case A: Lab Fee: $      per HS 11372.5(a) for counts ____ .    ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case B: Lab Fee: $____  per HS 11372.5(a) for counts ____ .    ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case C: Lab Fee: $____  per HS 11372.5(a) for counts ____ .    ☐ Drug Program Fee of $150 per HS 11372.7(a).
Case D: Lab Fee: $____  per HS 11372.5(a) for counts ____ .    ☐ Drug Program Fee of $150 per HS 11372.7(a).

10. TESTING

a. ☐ AIDS pursuant to PC 1202.1    b. ☐ DNA pursuant to PC 296    c. ☐ other (specify):

11. Other orders (specify):
*In CRF02-2287, any unpaid portion of the previously ordered $200 restitution fine and $200 domestic violence fund fine are to be withheld by CDC.

12. EXECUTION OF SENTENCE IMPOSED

a. ☒ at initial sentencing hearing. B
b. ☐ at resentencing per decision on appeal.
c. ☒ after revocation of probation. A
d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
e. ☐ other (specify):

13. CREDIT FOR TIME SERVED

| CASE | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| A | 367 | 245 | 122 | ☒ 4019  ☐ 2933.1 |
| B | 97 | 65 | 32 | ☒ 4019  ☐ 2933.1 |
| C | | | | ☐ 4019  ☐ 2933.1 |
| D | | | | ☐ 4019  ☐ 2933.1 |

Date Sentence Pronounced: 10-19-05

Time Served in State Institution:  DMH [  ]  CDC [  ]  CRC [  ]

14. The defendant is remanded to the custody of the sheriff ☒ forthwith    ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to    ☒ the reception center designated by the director of the California Department of Corrections.
                       ☐ other (specify):

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____    DATE  11-3-05

CR-290 (Rev. January 1, 2003)    **ABSTRACT OF JUDGMENT — PRISON COMMITMENT — DETERMINATE**    Page 2 of 2

**3**

```
**                MESSAGE RECALL           ***
**              Sequence # 004702          ***
-------------------------------------------------
ransaction Time: Wed Sep  6 12:35:25 2006
-------------------------------------------------
=================================================
IC20004702.IH
E: QHY.CA013055C.11503862.F03134      DATE:20060906 TIME:12:35:26
ESTRICTED-DO NOT USE FOR EMPLOYMENT,LICENSING OR CERTIFICATION PURPOSES
TTN:F03134 SCH A 083106 AMP

****************************************************************
OR CALIFORNIA AGENCIES ONLY - HAS PREVIOUS QUALIFYING

FFENSE. COLLECT DNA IF INCARCERATED, CONFINED, OR ON

ROBATION OR PAROLE FOLLOWING ANY MISDEMEANOR OR FELONY
ONVICTION. REQUEST KITS AND INFO AT (510) 620-3300 OR
C296.PC296@DOJ.CA.GOV.
****************************************************************
* PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE

-MAIL PALM.PRINT@DOJ.CA.GOV
II CALIFORNIA ONLY SOURCE RECORD
II/A11503862
OB/19561128      SEX/M   RAC/ASIAN INDIAN
GT/600  WGT/230  EYE/BLK  HAI/BLK   POB/II
AM/01 TUNG,GURDEV SINGH
   02 SINGH,GURDEV

BI/95502XB5
DL/A9415121
OC/604242288  624462288
NN/CDC-F003134
DS/CTZ IN; CTZ II
CC/FARMER; FARM LABOR
  * * *

RR/DET/CITE:          NAM:01  DOB:19561128
9960719  CAPD YUBA CITY

NT:01     #96 15030
 415 PC-DISTURB THE PEACE
  - - -
OURT:                NAM:01
9960808  CAMC YUBA CITY

NT:01     #CRM962165
.415(2) PC-DISTURBS BY LOUD/UNREASONABLE NOISE
DISPO:CONVICTED
  CONV STATUS:MISDEMEANOR
  SEN: 24 MONTHS PROBATION, 30 DAYS JAIL
  * * *

RR/DET/CITE:          NAM:01  DOB:19561128
9970219  CASO YUBA CITY

NT:01     #97 353
 20002(A) VC-HIT AND RUN:PROPERTY DAMAGE
  * * *

RR/DET/CITE:          NAM:01  DOB:19561128
0020908  CASO YUBA CITY

NT:01     #020003847-34318
 422 PC-THREATEN CRIME WITH INTENT TO TERRORIZE

NT:02
 455 PC-ATTEMPT/AID/COUNSEL/PROCURE ARSON

NT:03
```

4

273.5(A) PC-INFLICT CORPORAL INJ SPOUSE/COHAB
  COM: PHOTO AVAILABLE
  COM: SCN-25022510010

OURT:                NAM:01
0021015   CASC SUTTER

NT:01     #CRF-02-2287
  SEE COMMENT FOR CHARGE
DISPO:DISMISSED/FURTHERANCE OF JUSTICE
  COM: CNT 01 CHRG-273A(B) PC

NT:02
  SEE COMMENT FOR CHARGE
DISPO:DISMISSED/FURTHERANCE OF JUSTICE
  COM: CNT 02 CHRG-417(A)(1) PC

NT:03
  422 PC-THREATEN CRIME WITH INTENT TO TERRORIZE
DISPO:DISMISSED/FURTHERANCE OF JUSTICE

NT:04
  SEE COMMENT FOR CHARGE
DISPO:DISMISSED/FURTHERANCE OF JUSTICE
  COM: CNT 04 CHRG-273, 5(A) PC

NT:05
  455 PC-ATTEMPT/AID/COUNSEL/PROCURE ARSON
DISPO:DISMISSED/FURTHERANCE OF JUSTICE

NT:06
  422 PC-THREATEN CRIME WITH INTENT TO TERRORIZE
DISPO:DISMISSED/FURTHERANCE OF JUSTICE

NT:07
  SEE COMMENT FOR CHARGE
DISPO:CONVICTED
  CONV STATUS:FELONY
  SEN: IMP SEN SS 60 MO PROB, 270 DS JL,
  COM: CNT 07 CHRG-273, 5(A) PC

0021015
DISPO:DEFENDANT PLEAD GUILTY
DISPO:CHRGS&DIRECT CONSEQUENCES OF PLEA
DISPO:DEFENDANT REPRESENTED BY COUNSEL
DISPO:RIGHT TO TRIAL BY JURY WAIVED-YES
DISPO:PRIV AGNST COMPLSRY SLF INCRIM&WAIVE-YES
DISPO:RIGHT CONFRONT&CROSS EXAM WIT&WAIVE-YES
DISPO:DEF COUNSEL CONCURRED DEFNDT PLEA/ADMISS

0021015
DISPO:CRT FIND PLEA KNOWLDGE&INTELLIGNT&VOLUNT
DISPO:CONVICTION CERT BY CLERK OF THE COURT
  COM: CONVICTION CERTIFIED BY DIANA LAWRENCE, CLERK,
    CASCSUTTER
  COM: DCN-C0161330230100000201

0030514
DISPO:PROBATION MODIFIED
  SEN: 90 DAYS JAIL

0051019
DISPO:PROBATION REVOKED
  COM: 3 YRS PRISON, CONC W/CRF05-2096
 * * * * * * * * *
*   POTENTIAL FELONY STRIKE ENTRY   **
 * * * * * * * * *
 * * *

RR/DET/CITE:        NAM:01  DOB:19561128
0030513  CASO YUBA CITY

```
NT:01    #03-0002181-34318
 1203.2(A) PC-PROBATION VIOL:REARREST/REVOKE
  COM: PHOTO AVAILABLE
  COM: ADR-051303 (1450, WYLER ROAD,,, YUBA CITY, CA,
      95991, )
  COM: SCN-25031330002
    * * *


 RR/DET/CITE:            NAM:01   DOB:19561128
0050814  CAPD YUBA CITY

 NT:01    #05-0003743-34318
  23152(A)/23152(B) VC-DUI:ALCOHOL/DRUGS
   COM: SCN-25052260003
   * * *


 RR/DET/CITE:            NAM:01   DOB:19561128
 0050818  CASO YUBA CITY

 NT:01    #05-0003813-34318
  1203.2 PC-PROBATION VIOL:REARREST/REVOKE
   CRT CASE #CRF022287
   COM: SCN-25052300011
   - - -
 OURT:                   NAM:01
 0051019  CASC SUTTER

 NT:01    #CRF05-2096
  23152(B) VC-DUI ALCOHOL/0.08 PERCENT
 DISPO:DISMISSED

 NT:02
  23152(A) VC-DUI ALCOHOL/DRUGS
   -WITH PRIOR
 DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
   SEN: 2 YEARS PRISON, CONVICTED
   COM: SENTENCE CONCURRENT WITH FILE #CRF02-2287:

   * * *


 USTODY:CDC              NAM:01
 0051108  CASP TRACY

 NT:01    #F03134
  273.5(A) PC-INFLICT CORPORAL INJ SPOUSE/COHAB
   SEN FROM: SUTTER CO   CRT #CRF022287
   SEN: 3 YEARS PRISON

 NT:02
  23152(A) VC-DUI ALCOHOL/DRUGS W/PRIORS
   SEN FROM: SUTTER CO   CRT #CRF052096
   SEN: 2 YEARS PRISON
   COM: CNT02 CC W-CRF022287
   COM: SCN-91353210031
 * * * * * * * * *
 *   POTENTIAL FELONY STRIKE ENTRY   **
 * * * * * * * * *
 ******************************************************
 *                                                  **
 *  THE ENTRIES PROVIDED BELOW ARE BASED UPON AN ARREST OR COURT  **
 *  DISPOSITION REPORT.  THE SUBJECT OF THE ENTRY HAS BEEN IDENTIFIED *
 *  WITH THIS RECORD BASED UPON SOFT CRITERIA CONSISTING OF A NAME  **
 *  OR NUMBER MATCH.  POSITIVE IDENTIFICATION HAS NOT BEEN MADE  **
 *  BECAUSE FINGERPRINTS WERE NOT RECEIVED FOR THE ENTRIES.  USE OF  **
 *  THIS INFORMATION IS THE RECEIVERS RESPONSIBILITY.              **
 *                                                  **
 ******************************************************
   * * *

 RR/DET/CITE:            NAM:01
 9950928  CAPD YUBA CITY

 NT:01    #95-22097
 NO ARREST RECEIVED
```

6

- - -
OURT:                    NAM:01
9951023    CAMC YUBA CITY

NT:01         #CRM95-3527
 415(2) PC-DISTURBS BY LOUD/UNREASONABLE NOISE
DISPO:DISMISSED
 * * *

RR/DET/CITE:          NAM:01
9960711    CAPD YUBA CITY

NT:01         #9614424
 NO ARREST RECEIVED

NT:02         #9614424
 242 PC-BATTERY
 - - -
OURT:                 NAM:01
9960808    CAMC YUBA CITY              ✓

NT:01         #CRM962137
 242 PC-BATTERY
DISPO:CONVICTED
   CONV STATUS:MISDEMEANOR
 SEN: 24 MONTHS PROBATION, 30 DAYS JAIL,
       IMP SEN SS
  * * *

RR/DET/CITE:    /       NAM:01
9970106    CAPD YUBA CITY

NT:01         #9700353
 NO ARREST RECEIVED

NT:02
 SEE COMMENT FOR CHARGE
   COM: CHRG-23152 VC
 - - -
OURT:                 NAM:01
9970328    CASC SUTTER

NT:01         #CRF970163
 23175 VC-DUI W/PRIOR SPECIFIC CONVICTIONS    ✓
DISPO:CONVICTED
   CONV STATUS:FELONY
   COM: 060 MONTH(S) PROBATION, 365 DAY(S) JAIL, $0
       RESTITUTION
   COM: DISPO-IMP SEN SS
   COM: DCN-C0012601769600004001

9981116
DISPO:PROBATION REINSTATED
   COM: 090 DAYS JAIL
 * * * * * * * * * *
*   POTENTIAL FELONY STRIKE ENTRY    **
 * * * * * * * * *
**************************************************
**************************************************
OTE:  3 POTENTIAL ENTRIES WITH FELONY CONVICTION DATA WERE
OUND FOR THIS SUBJECT. SEE ENTRIES IN THE RECORD ANNOTATED
ITH "POTENTIAL FELONY STRIKE ENTRY" FOR DETAILS. THIS RECORD
AY ALSO CONTAIN ADDITIONAL DATA RELATED TO "STRIKE" CONDITIONS.
**************************************************
**************************************************
   *     *     *     END OF MESSAGE     *     *     *

*1*

*IN THE SUPERIOR COURT*

*OF THE STATE OF CALIFORNIA*

*IN AND FOR THE COUNTY OF SUTTER*

| | |
|---|---|
| *THE PEOPLE OF THE STATE OF CALIFORNIA* ) | NO. <u>CRF02-2287</u> |
| ) | |
| *vs.* ) | *REPORT OF PROBATION OFFICER* |
| ) | *Date of Hearing* <u>10/19/05</u> |
| *GURDEV SINGH TUNG* ) | |
| <u>Defendant</u> ) | |

### LEGAL STATUS

*Original Charge: Violation of Section 273.5(a) of the Penal Code, a felony.*

*Convicted of: Violation of Section273.5(a) of the Penal Code, a felony.*

*Guilty by: Stipulated Plea    Date: 10/19/05    Judge: ROBERT H. DAMRON*

*Terms of Stipulated Plea: Imprisoned in CDC for the middle term of 3 years with 367 (245 + 122) days CTS to be served concurrent with CRF02-2287 for the total term of 3 years.*

*Date of Crime: 9/06/02*

*Codefendant(s)/Disposition: N/A*

*Attorney: DOUGLAS TIBBITTS    Probation Officer: CHRISTOPHER M. MONACO*

### PERSONAL DATA

*Name: GURDEV SINGH TUNG    Aka:*

*Address: 1450 WHYLER RD #32, YUBA CITY, CA 95993    Phone: 822-9922*

*Age: 48 Date/Birthplace: 11/28/56; INDIA*

*Race: East Indian    Nationality:    Religion: Siek*

*Ht: 507    Wt: 180    Hair: BLK    Eyes: BRN*

*Date Arrived in State: 1991    County: 1991    U.S.: 1991*

1

*8*

Father's Name: *Sarwan Tung*          Occupation: *Farmer*

Address: *Union City, CA*

Mother's Name: *Pritam K. Tung*          Occupation: *Homemaker*

Address: *1450 Whyler Rd. #32, Yuba City, CA*

Next of Kin: *Havinder Jinda*

No. of Brothers: *0*     Sisters: *6*          Ages: *38-45*

Marital Status: *Married*     Spouse: *Sukhvinder Kaur Tung*

Address: *1450 Whyler Rd. #32, Yuba City, CA*

Occupation: *Seasonal Farm Worker*

Lives with: *Sukhvinder K. Tung*          Relationship: *Wife*

Education: *The defendant completed the 11th Grade.*

Military Service: *N/A*

Type of Discharge: *N/A*          Rank: *N/A*

Health/Handicaps: *According to Sutter County Jail Records, the defendant suffers from diabetes and a "bad" knee.*

Substance Abuse History: *The defendant reports having never used any forms of controlled substances, however he admits to having a drinking problem, usually drinking whiskey and beer.*

Alcohol: *The defendant has received multiple reports having never used any forms of controlled substances, however he admits to having a drinking problem, usually drinking whiskey and beer.*

Drugs: *N/A*

### DEFENDANT'S CHILDREN

| Name | Age | Custody | Supported by |
|---|---|---|---|
| Tirath Kaur Tung | 20 | Def. & Wife | Def. & Wife |
| Raghbir Singh Tung | 16 | Def. & Wife | Def. & Wife |

### EMPLOYMENT RECORD

| From | To | Employer & Address | Type of Work | Salary |
|---|---|---|---|---|

*The defendant reports that he is a seasonal farm worker and collects unemployment benefits when he is not working.*

Social Security No.: *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*     Op. License: *A9415121*

2

9

*Alien Registration No.:*

<u>*PRIOR CRIMINAL RECORD*</u>
*Present Arresting Agency: YCPD*          *Date:  9/06/02*

*CII No. A11503862          FBI No. 95502XB5          CR #: 02-021850*

*CDC No.*


<u>*CIRCUMSTANCES OF THE OFFENSE:*</u>


*SEE ATTACHED POLICE REPORT.*


*DATED: <u>October 27, 2005</u>*

*Respectfully submitted,*

*CHRISTOPHER M. MONACO*
*PROBATION AIDE*

3

10

| | | |
|---|---|---|
| 2/8/97 | 647(f) PC | Complaint requested but rejected by DA as def to be sentenced in in present felony case CRF97-0163. |
| 10/2/98 SCSO | 14601.1(a) VC 24601 VC | (Sutter Muni/CRTR98-2876) 11/16/98 - PG to 14601.1(a)VC, 15 days CJ in lieu of fine. |
| 9/6/02 YCPD | 273.5(a) PC 2 counts 422 PC 2 counts 455 PC 273a(b) PC 417(a)(1) PC | (Sutter Sup/CRF02-2287) 9/18/02 - PG to 1 count 273.5(a) PC, a felony, all others dismissed ,NISP. 10/15/02 - Sentencing set. Present Matter. |

CIRCUMSTANCES OF THE OFFENSE:

On September 8, 2002, at approximately 8:36 p.m., Yuba City Police Officers Marshall and Gill were dispatched to 1450 Whyler Road #32 in reference to a domestic violence incident between the defendant, Gurdev Singh Tung and the victim, Sukvinder Kaur. Dispatch advised that Tirath T. (age 17 DOB 12/10/85) who is the defendant's daughter stated that the defendant had beaten the victim and threatened to kill the family. Dispatch added that the defendant had also beaten his son, Raghbir T. (age 13 DOB 8/25/89). Dispatch further advised that the defendant was currently drunk and asleep. Subsequently, the defendant was arrested for domestic violence.

Officer Gill entered asked one of the tenants of the whereabouts of the defendant's residence. The female neighbor directed Officer Gill's attention to the home and stated "he beats her" as Officer Gill walked into the home. Officer Gill contacted the victim who advised that the defendant had earlier placed a blanket on a hot stove burner and tried to burn down the

5

family home. The victim advised that the defendant also placed a knife on the burner and threatened to stab her in the stomach. The victim stated that the defendant was asleep in his bedroom.

Officers Marshall and Gill contacted the defendant and escorted him from the southwest bedroom to the family room. The defendant had a strong odor of an alcoholic beverage about his person and was unsteady on his feet.

On September 8, 2002, at approximately 12:30 p.m., the victim said she and her children returned home to find the defendant drunk and angry because they had not told him they were leaving. The victim stated that she was attempting to make some tea on the stove but the defendant took the pan from the stove and poured the tea in the sink. The victim stated that she became upset and took a glass of the defendant's whiskey and spilled it in the sink. The defendant told the victim to go to the store and buy some more alcohol. The victim and Raghbir T. left the house for a few hours. The victim and Raghbir T. returned home at approximately 5:00 p.m.. The defendant began yelling profanities at the victim and Raghbir T. while they were sitting on the couch in the family room. The defendant then grabbed a hoe from the garage, stood over the victim and Raghbir with the hoe just a few inches from their heads. The defendant threatened to hit them with the hoe. The defendant then put the hoe down against the south end of the garage door.

The victim advised a few minutes later, the defendant grabbed a blanket from the couch along the south wall of the family room. The defendant put the blanket on the stove burner and said that he was going to burn the house down and kill them

6

*12*

1    all.   The victim advised she went to the stove and removed the
2    blanket however the defendant grabbed hold of the blanket and
3    tried to pull it away from her.   Tirath T. heard the commotion
4    and ran into the kitchen to pull the defendant away from the
5    victim.   Tirath took the telephone from the defendant, ran into
6    the bedroom, and hid.   The victim tried to go into the garage to
7    get away from the defendant however, he grabbed her by the top of
8    her head with both his hands and began to vigorously shake her
9    from side to side.   Raghbir T. ran and pushed the defendant away
10   from the victim.
11        The victim's friend arrived at the house and the defendant
12   calmed down.   Raghbir T. walked into his bedroom however the
13   defendant followed him and pushed him down on his bed.   The
14   defendant drove his knee into the left thigh area of Raghbir T.
15   Raghbir T. screamed in pain and the victim's friend ran into the
16   bedroom and told the defendant to stop.   The defendant then
17   retreated into his own room and went to bed.   The defendant later
18   came outside to get some food, threw a pot lid on the ground, and
19   yelled profanities.   Tirath T. waited for the defendant to fall
20   asleep before calling the police.
21        Officer Gill observed that the victim had swelling to her
22   right elbow area and she complained of pain to her right side
23   area.   The victim had numerous dark bruises on the upper area of
24   her arm, two of which were consistent with being grabbed.   The
25   victim advised that she had sustained the injury to her right arm
26   during an incident on September 6, 2002.   Officer Gill noted that
27   the victim's left forearm had red bruising.   The victim stated
28   that the injury to her left arm occurred when she was struck by

7

*13*

the defendant earlier in the evening. The victim advised that the defendant had been on probation until March 2002 and had managed to stay sober while on probation. The victim explained that the defendant had been drinking heavily for the past two weeks and had been becoming increasingly violent. The victim stated that she had not called the police sooner because she was embarrassed.

The defendant was yelling at Officer Gill as he was interviewing the victim. The defendant stated that the victim had broken his foot with a broom. Officer Gill observed the defendant did have some swelling to his right foot. The victim stated that several days before the defendant had picked up the television causing it to fall backwards and damage the west family room wall. The defendant showed Officer Gill bruising to his upper left arm which he said was caused by the victim and his family. The victim denied that she had struck the defendant and stated that she and the children only try to protect themselves from the defendant when he is violent.

Officer Gill asked the defendant if he tried to burn a blanket on the stove burner. The defendant began to answer but then became quiet. The defendant stated that he never struck the victim or his family. Officer Gill asked the defendant about the holes in the family room walls. The defendant stated that the damage to the walls was old and that it had been caused by him and the victim. The defendant began to plead with the victim to stop talking with Officer Gill. The defendant stated to the victim that he would change.

8

14

Officer Marshall transported the defendant to Rideout Emergency Room for a blood sample that returned a .35% BAC. The defendant was then transported to the Sutter County Jail for booking. Tirath T. and Raghbir T. provided statements that were consistent with the victims.

DEFENDANT'S STATEMENT:

The defendant stated that he had consumed a large amount of "whiskey" on the day of the offense and when he drinks he sometimes gets angry. The defendant related that he did not hit his spouse or his children but that they are a loving family. The defendant advised that he was not attempting to burn their house down but was rather cleaning the stove top burner after he spilled tea on it. The defendant stated that the gas was off and it was just a misunderstanding.

The defendant related that he has been sober for the past five and a half years and does not know why he started drinking again. The defendant expressed remorse for his actions by saying, "I am sorry" and indicated that he felt "bad" about what had happened. The defendant related that he will again comply with the terms of probation.

SUBSTANCE ABUSE HISTORY:

The defendant stated that he has never used any forms of controlled substances. The defendant advised that he does have drinking problem. The defendant stated that he drinks "whiskey and beer". However, he was not able to relate how much or how often he consumes alcohol. The defendant's prior record of four DUIs, three of which were .36%, .37%, and .39% BAC, coupled with

15

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex<br>M | Hair<br>BLK | Eyes<br>BRO | Cmplxn<br>MED |
|---|---|---|---|---|---|---|---|
| Singh, Gurdev | | | | | | | |

| Country of Citizenship | Passport Number and Country of Issue | | Height | Weight | Occupation |
|---|---|---|---|---|---|
| INDIA | | Case No: XFC0604000044<br>File Number<br>A042 967 796 | 72 | 230 | LABORER |

| U.S. Address |
|---|
| CSATF<br>CORCORAN, CALIFORNIA |

Scars and Marks

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at |
|---|---|
| 06/26/1991, Unknown Time, SFR, LAWFUL PERMANENT RESIDENT | |

| F.B.I. Number | ☐ Single |
|---|---|
| 95502XB5 | ☐ Divorced ☒ Married<br>☐ Widower ☐ Separated |

| Number, Street, City, Province (State) and Country of Permanent Residence |
|---|
| INDIA |

Method of Location/Apprehension
CAP 511.2.2

| Date of Birth | Date of Action | Location Code | At/Near<br>FRESNO, CALIFORNIA | Date/Hour |
|---|---|---|---|---|
| 11/28/1956    Age: 49 | 04/11/2006 | XSF/XFC | | 04/06/2006 0000 |

| City, Province (State) and Country of Birth | AR<br>☒ | Form: (Type and No.) | Lifted ☐ | Not Lifted ☐ | By |
|---|---|---|---|---|---|
| INDIA, INDIA | | | | | KEVIN LOKER |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry<br>Legal Permanent<br>Resident | Status When Found<br>IN<br>INSTITUTION |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S.<br>NOT APPLICABLE |
|---|---|---|

| Immigration Record<br>POSITIVE - See Narrative | Criminal Record<br>See narrative | |
|---|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate)<br>SINGH, Sukhvinder<br>YUBA CITY, CALIFORNIA | Number and Nationality of Minor Children<br>CLAIMS TWO INDIA |
|---|---|

| Father's Name, Nationality, and Address, if Known Nationality: INDIA<br>SINGH, Sarwan<br>INDIA | Mother's Present and Maiden Names, Nationality, and Address, if Known<br>SINGH, Pritam<br>Nationality: INDIA<br>INDIA |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks<br>CIS Positive | Charge Code Word(s)<br>R2A3 |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary<br>Hr. | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)


OTHER ALIASES KNOWN BY
Tung, GURDEV SINGH

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by LOKER

Subject is a criminal alien, citizen and national of India, who was encountered in custody at CSATF, Corcoran, CA.

Subject was admitted to the US, on June 26, 1991, as a Lawful Permanent Resident..

On September 18, 2002, Subject was convicted in the Superior Court of California, in and for the County of Sutter, for the offense of Spousal Abuse, in violation of Section 273.5(a) of the Penal Code of California, for which the term of imprisonment imposed was three years.

On October 19, 2005, Subject was convicted in the Superior Court of California, in and for the County of Sutter, for the offense of Felony DUI with Prior, in violation of Section 23152(a)/23550.5 of the Vehicle Code of California, for which the term of imprisonment imposed was two years.

| | |
|---|---|
| Alien has been advised of communication privileges. ___KL 4/06___ (Date/Initials) | KEVIN LOKER<br>SPECIAL AGENT<br>(Signature and Title of INS Official) |

| Distribution:<br>FILE<br>ADMIN<br>DRO | Received: (Subject and Documents) (Report of Interview)<br>Officer: KEVIN LOKER<br>on: April 11, 2006 at 1320 (time)<br>Disposition: Warrant of Arrest/Notice to Appear<br>Examining Officer: PAUL LEONARDI ___Paul Leonardo, GS___ |
|---|---|

Form I-213 (Rev.4/1/97)Y

*16*

| Alien's Name | File Number | Date |
|---|---|---|
| Singh, Gurdev | Case No: XFC0604000044<br>A042 967 796 | 04/11/2006 |

NTA/WA.

| Signature | Title |
|---|---|
| KEVIN LOKER | SPECIAL AGENT |

Form I-831 Continuation Page (Rev. 6/12/92)

17

U.S. Department of Justice

Immigration and Naturalization Service

# Record of Deportable/Inadmissible Alien

| Family Name (CAPS) | First | Middle | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|---|
| SINGH, Gurdev | | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number | | Height | Weight | Occupation |
|---|---|---|---|---|---|---|
| INDIA | | Case No: SND0609000450 A042 967 796 | | 71 | 230 | LABORER |

| U.S. Address | | Scars and Marks |
|---|---|---|
| CENTINELA STATE PRISON 2302 BROWN ROAD IMPERIAL, CALIFORNIA 92251 | | See Narrative |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☐ Single ☐ Divorced ☒ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| 06/26/1991, Unknown Time, SFR, IMMIGRANT | | 95502VB5 | |

| Number, Street, City, Province (State) and Country of Permanent Residence | | Method of Location/Apprehension |
|---|---|---|
| | | CST 520.3 |

| Date of Birth | Date of Action | Location Code | At/Near | Date/Hour |
|---|---|---|---|---|
| 11/28/1956  Age: 49 | 09/19/2006 | SND/SND | Imperial, California | 09/18/2006 0925 |

| City, Province (State) and Country of Birth | AR ☒ | Form: (Type and No.) | Lifted ☐  Not Lifted ☐ | By |
|---|---|---|---|---|
| BOHANI,BOHANI, INDIA | | | | STEPHEN J. PRENDERGAST |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry | Status When Found |
|---|---|---|---|
| | | Immigrant | INS INSTITUTION |

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. |
|---|---|---|
| | | OVER 1 YEAR |

| Immigration Record | Criminal Record |
|---|---|
| NEGATIVE | See narrative |

| Names, Address, and Nationality of Spouse (Maiden Name, if Appropriate) Nationality: INDIA KOAR, Sukhvinder 1490 WHYLER ROAD #32 YUBA CITY, CALIFORNIA | Number and Nationality of Minor Children 2, INDIA |
|---|---|

| Father's Name, Nationality, and Address, if Known Nationality: UNITED STATES SINGH, Sarwan | Mother's Present and Maiden Names, Nationality, and Address, if Known SINGH, Pritam Nationality: UNITED STATES |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession | Fingerprinted? Yes ☒ No ☐ | INS Systems Checks See Narrative | Charge Code Word(s) See Narrative |
|---|---|---|---|

| Name and Address of (Last)/(Current) U.S. Employer | Type of Employment | Salary Hr. | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

SCARS, MARKS AND TATTOOS
None Visible

INS SYSTEMS CHECKS
Central Index System Positive
Deportable Alien Control System Positive
National Crime Information Center Positive

CHARGE CODE WORD(S)
R2A3
R2E1

Narrative Title: Record of Deportable/Excludable Alien
Narrative Created by PRENDERGAST

CDC NAME:  TUNG, GURDEV SINGH
CDC #:  F03134
CRIME:  SPOUSAL ABUSE PC-273.5(a)
COURT:  CALIFORNIA SUPERIOR COURT SUTTER COUNTY
DATE OF CONVICTION:  SEPTEMBER 18, 2002
SENTENCE IMPOSED:  3 YEARS OF PRISON

STEPHEN J. PRENDERGAST
DEPORTATION OFFICER

| Alien has been advised of communication privileges. _____ (Date/Initials) | (Signature and Title of INS Official) |
|---|---|

| Distribution: AFILE DACS STATS | Received: (Subject and Documents) (Report of Interview) Officer: STEPHEN J. PRENDERGAST on: September 19, 2006 at 1529 (time) Disposition: Warrant of Arrest/Notice to Appear Examining Officer: L. TANORI-AMARILLAS |
|---|---|

Form I-213(Rev.4/1/97)Y

*18*

| Alien's Name | File Number | Date |
|---|---|---|
| SINGH, Gurdev | Case No: SND0609000450 | |
| | A042 967 796 | 09/19/2006 |

EXPECTED RELEASE DATE:   OCTOBER 24, 2006
PRIOR REMOVALS:  NONE
ENTRY STATUS:  P51

SINGH, Gurdev A42 967 796 was encountered and interviewed at Centinela State Prison in Imperial, California on September 18, 2006.  SINGH admits to being a citizen and national of India with the proper immigration documents to legally be in the United States. Record checks show that India is a Lawfully Admitted Permanent Resident of the United States with a classification of P51.  SINGH was granted this immigration status in San Francisco, California on June 26, 1991.

SINGH claims that both of his parents are Naturalized United States Citizens.  SINGH was over the age of 18 when this occurred.

SINGH admits his prior criminal conviction for Spousal Abuse in violation of PC-273.5(a). This conviction was rendered in the California Superior Court for Sutter County on September 18, 2002.  SINGH was sentenced to a term of imprisonment of three (3) years.

SINGH stated that he has no appeals pending with the California State Appellate Court.  A check of the California State Court Appellate system also showed that no appeals are pending.  Printouts of these checks are in the A-file.

SINGH expressed no fear of persecution if he is removed from the United States.

SINGH is being processed for a removal hearing before an Immigration Judge for violating Sections 237(a)(2)(A)(iii) Agg felon subsection 101(a)(43)(F) and 237(a)(2)(E)(i) of the Immigration and Nationality Act.

| Signature | Title |
|---|---|
| STEPHEN J. PRENDERGAST | DEPORTATION OFFICER |

Form I-831 Continuation Page (Rev. 6/12/92)

19

U.S. Department of Justice

Immigration and Naturalization Service

# Immigration Detainer - Notice of Action

| | |
|---|---|
| **Case No:** SND0609000450 | |
| File No. **A042 967 796** | |
| Date: **September 19, 2006** | |

| To: (Name and title of institution) | From: (INS office address) |
|---|---|
| CENTINELA STATE PRISON | SAN DIEGO, CA, DOCKET CONTROL OFFICE |
| 2302 BROWN ROAD | U.S. IMMIGRATION & CUSTOMS ENFORCEMENT |
| IMPERIAL, CA 92511 | DETENTION AND REMOVAL OPERATIONS |
| | SAN DIEGO, CA 92101 |

Name of alien: **SINGH, Gurdev**

Date of birth: **11/28/1956**     Nationality: **INDIA**     Sex: **M**

## You are advised that the action noted below has been taken by the Immigration and Naturalization Service concerning the above-named inmate of your institution:

☒ Investigation has been initiated to determine whether this person is subject to removal from the United States.

☐ A Notice to Appear or other charging document initiating removal proceedings, a copy of which is attached, was served on

_____
(Date)

☐ A warrant of arrest in removal proceedings, a copy of which is attached, was served on _____
(Date)

☐ Deportation or removal from the United States has been ordered.

## It is requested that you:

Please accept this notice as a detainer. This is for notification purposes only and does not limit your discretion in any decision affecting the offender's classification, work, and quarters assignments, or other treatment which he or she would otherwise receive.

☒ Federal regulations (8 CFR 287.7) require that you detain the alien for a period not to exceed 48 hours (excluding Saturdays, Sundays and Federal holidays) to provide adequate time for INS to assume custody of the alien. You may notify INS by calling
**760-337-8105, 8106** during business hours or _____ after hours in an emergency.

☐ Please complete and sign the bottom side of the duplicate of this form and return it to this office.   ☐ A self-addressed stamped envelope is enclosed for your convenience.   ☐ Please return a signed copy via facsimile to _____
(Area code and facsimile number)

Return fax to the attention of _____, at _____
(Name of INS officer handling case)          (Area code and phone number)

☒ Notify this office of the time of release at least 30 days prior to release or as far in advance as possible.

☒ Notify this office in the event of the inmate's death or transfer to another institution.

☐ Please cancel the detainer previously placed by this Service on _____

| STEPHEN J. PRENDERGAST | DEPORTATION OFFICER |
|---|---|
| (Signature of INS official) | (Title of INS official) |

## Receipt acknowledged:

Date of latest conviction: _____ Latest conviction charge: _____

Estimated release date: _____

Signature and title of official: _____

Form I-247 (Rev. 4-1-97)N

**20**

Case No: SND06005000450

| DATE PREPARED 09/19/2006 | INFORMATION FOR TRAVEL DOCUMENT OR PASSPORT | FILE A 042 967 796 |
|---|---|---|

| 1. NAME Gurdev SINGH | | 2. SEX M |
|---|---|---|

| 3. OTHER NAMES USED OR KNOWN BY | 4. CITIZENSHIP INDIA |
|---|---|

| 5. DATE OF BIRTH 11/28/1956 | 6. PLACE OF BIRTH BOHANI BOHANI INDIA |
|---|---|

| 7. HEIGHT 71 | WEIGHT 230 | EYES BRO | HAIR BLK | COMPLEXION MED | MARKS OR SCARS None Visible |
|---|---|---|---|---|---|

| 8. NEAREST LARGE CITY TO PLACE OF BIRTH CALCUTTA | 9. DISTANCE AND DIRECTION OF PLACE OF BIRTH FROM THIS LARGE CITY E of CALCUTTA |
|---|---|

10. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN. IF NATURALIZED IN ANY COUNTRY, SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER, AND STATE HOW CITIZENSHIP WAS ACQUIRED.

**Not Applicable**

| 11. NAMES: LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN SCHOOLS N/A | 12. NAMES, EXACT LOCATIONS AND DATES (YEARS) OF ATTENDANCE OF FOREIGN CHURCHES. INCLUDE DATE AND NATURE OF ANY RELIGIOUS CEREMONY WHICH MAY HAVE BEEN RECORDED. N/A |
|---|---|

13. LAST PERMANENT RESIDENCE IN COUNTRY OF CITIZENSHIP    *(Show dates of residence)*

14. ADDRESS IN COUNTRY OF LAST FOREIGN RESIDENCE    *(Show dates of residence, and Immigration status there)*

| 15. PLACE OF ENTRY INTO UNITED STATES San Francisco, California | DATE OF ENTRY INTO UNITED STATES 6/26/1991 Unknown time |
|---|---|

16. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE, BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY. SPECIFY DATES OF MILITARY SERVICE, COUNTRY AND UNIT, RANK, SERIAL NUMBER, AND PLACES OF INDUCTION AND DISCHARGE.

17. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY: ☐ YES ☒ NO. DESCRIBE DOCUMENT (S). IF SUBJECT DID NOT HAVE TRAVEL DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT NOW, INDICATE WHETHER EVER OBTAINED ONE: ☐ YES ☒ NO. STATE HOW, WHEN, AND WHERE IT WAS OBTAINED: WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

**Not Applicable**

| 18. FATHER'S NAME Sarwan SINGH PRESENT ADDRESS | DATE OF BIRTH / / | PLACE OF BIRTH INDIA |
|---|---|---|

| 19. MOTHER'S MAIDEN NAME Pritam SINGH PRESENT ADDRESS | DATE OF BIRTH / / | PLACE OF BIRTH INDIA |
|---|---|---|

20. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

**See I-831**

21. PREVIOUSLY ☐ EXCLUDED ☐ DEPORTED ☐ REQUIRED TO DEPART FROM THE UNITED STATES    **Not Applicable**

ON _____ (Date) _____ VIA _____ (Port) _____ TO _____ (Country) _____

22. INDICATE WHETHER EVER ARRESTED, IN PRISON OR A PUBLIC INSTITUTION IN THE COUNTRY OF WHICH A NATIONAL, SUBJECT OR CITIZEN: ☒ YES ☐ NO. IF SO, GIVE DATES AND PLACES CENTINELA STATE PRISON 2302 BROWN ROAD IMPERIAL, CA 92251 SEPTEMBER 18, 2006

23. NAME, NATIONALITY AND PRESENT ADDRESS OF SPOUSE, AND DATE AND PLACE OF MARRIAGE Sukhvinder KUAR; INDIA; (Date/Place of Marriage): / /

24. NAMES, AGES, AND ADDRESSES OF ALL CHILDREN

25. IF NONCANADIAN DEPORTABLE TO CANADA, GIVE DATE AND PORT OF ARRIVAL IN CANADA, AND NAME OF VESSEL

*Domestic violence.*

**21**

Form I-217 (Rev. 3-30-77)Y  UNITED STATES DEPARTMENT OF JUSTICE Immigration and Naturalization Service

| Alien's Name | File Number | Date |
|---|---|---|
| Gurdev SINGH | Case No: SND0609000450<br>A 042 967 796 | 09/19/2006 |

**20. RELATIVES ABROAD INFORMATION (continued...)**
Sukhvinder KUAR;Spouse;
Sarwan SINGH;Father;
Pritam SINGH;Mother;

Signature

Title   Deportation officer

_____2_____ of _____2_____ Pages

Form I-831 Continuation Page (Rev. 6/12/92)

**22**

U. S. Department of Justice

Immigration and Naturalization Service

**Notice to Appear**

## In removal proceedings under section 240 of the Immigration and Nationality Act

File No: **A042 967 796**

Case No: **SND0609000450**

In the Matter of:

Respondent: **Gurdev SINGH** _____ currently residing at:

**CENTINELA STATE PRISON 2302 BROWN ROAD**
**IMPERIAL CALIFORNIA 92251** _____

(Number, street, city state and ZIP code)        (Area code and phone number)

☐ 1. You are an arriving alien.

☐ 2. You are an alien present in the United States who has not been admitted or paroled.

☒ 3. You have been admitted to the United States, but are deportable for the reasons stated below.

The Service alleges that you:

**See Continuation Page Made a Part Hereof**

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

**See Continuation Page Made a Part Hereof**

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐ 8 CFR 208.30(f)(2) ☐ 8 CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at: _____
**1115 North Imperial Avenue El Centro CALIFORNIA US 92243**

(Complete Address of Immigration Court, Including Room Number, if any)

on **a date to be set**         at **a time to be set** to show why you should not be removed from the United States based on the

(Date)                    (Time)

charge(s) set forth above.

_____
T. TAMORI-AMARILLAS
SUP. DETENTION  DEPORTATION OFFICER
(Signature and Title of Issuing Officer)

Date: **09/20/2006**

**Imperial, California**
(City and State)

See reverse for important information

Form I-862 (Rev. 3/22/99)N

**23**

# Notice to Respondent

**Warning:** Any statement you make may be used against you in removal proceedings.

**Alien Registration:** This copy of the Notice to Appear served upon you is evidence of your alien registration while you are under removal proceedings. You are required to carry it with you at all times.

**Representation:** If you so choose, you may be represented in this proceeding, at no expense to the Government, by an attorney or other individual authorized and qualified to represent persons before the Executive Office for Immigration Review, pursuant to 8 CFR 3.16. Unless you so request, no hearing will be scheduled earlier than ten days from the date of this notice to allow you sufficient time to secure counsel. A list of qualified attorneys and organizations who may be available to represent you at no cost will be provided with this Notice.

**Conduct of the hearing:** At the time of your hearing, you should bring with you any affidavits or other documents which you desire to have considered in connection with your case. If any document is in a foreign language, you must bring the original and a certified English translation of the document. If you wish to have the testimony of any witnesses considered, you should arrange to have such witnesses present at the hearing.

At your hearing you will be given the opportunity to admit or deny any or all of the allegations in the Notice to Appear and that you are inadmissible or deportable on the charges contained in the Notice to Appear. You will have an opportunity to present evidence on your own behalf, to examine any evidence presented by the Government, to object, on proper legal grounds, to the receipt of evidence and to cross examine any witnesses presented by the Government. At the conclusion of your hearing, you have a right to appeal an adverse decision by the immigration judge.

You will be advised by the immigration judge before whom you appear, of any relief from removal for which you may appear eligible including the privilege of departing voluntarily. You will be given a reasonable opportunity to make any such application to the immigration judge.

**Failure to appear:** You are required to provide the INS, in writing, with your full mailing address and telephone number. You must notify the Immigration Court immediately by using Form EOIR-33 whenever you change your address or telephone number during the course of this proceeding. You will be provided with a copy of this form. Notices of hearing will be mailed to this address. If you do not submit Form EOIR-33 and do not otherwise provide an address at which you may be reached during proceedings, then the Government shall not be required to provide you with written notice of your hearing. If you fail to attend the hearing at the time and place designated on this notice, or any date and time later directed by the Immigration Court, a removal order may be made by the immigration judge in your absence, and you may be arrested and detained by the INS.

### Request for Prompt Hearing
To expedite a determination in my case, I request an immediate hearing. I waive my right to have a 10-day period prior to appearing before an immigration judge.

X _Cursar· Tur_
(Signature of Respondent)

Before: _____ IEA    Date: _10/24/00_
(Signature and Title of INS Officer)

### Certificate of Service
This Notice to Appear was served on the respondent by me on __10/24/00__ (Date), in the following manner and in compliance with section 239(a)(1)(F) of the Act:

☒ in person  ☐ by certified mail, return receipt requested  ☐ by regular mail
☐ Attached is a credible fear worksheet.
☐ Attached is a list of organizations and attorneys which provide free legal services.
The alien was provided oral notice in the **English** language of the time and place of his or her hearing and of the consequences of failure to appear as provided in section 240(b)(7) of the Act.

_Cursar Tur_
(Signature of Respondent if Personally Served)    (Signature and Title of Officer)

Form I-862 (Rev. 3/22/99)N

**24**

| Alien's Name | File Number | Date |
|---|---|---|
| Gurdev SINGH | Case No: SND0609000450 A042 967 796 | 09/20/06 |

The Service alleges that you:

1) You are not a citizen or national of the United States;

2) You are a native of INDIA and a citizen of INDIA;

3) You were admitted to the United States at San Francisco, California on or about June 26, 1991 as an Immigrant;

4) You were, on September 18, 2002, convicted in the California Superior Court at Sutter County for the offense of Spousal Abuse, in violation of PC-273.5(a);

5) You were sentenced to a term of imprisonment of three (3) years.

6) That offense was committed against Sukhvinder Kaur, your spouse under the domestic or family violence laws of California, the jurisdiction where the offense occurred] [a person who is protected from your acts by the domestic or family violence laws of the United States or any State, Indian tribal government, or unit of local government].

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(2)(A)(iii) of the Immigration and Nationality Act (Act), as amended, in that, at any time after admission, you have been convicted of an aggravated felony as defined in Section 101(a)(43)(F) of the Act, a crime of violence (as defined in section 16 of Title 18, United States Code, but not including a purely political offense) for which the term of imprisonment ordered is at least one year.

Section 237(a)(2)(E)(i) of the Immigration and Nationality Act, as amended, in that you are an alien who at any time after entry has been convicted of a crime of domestic violence, a crime of stalking, or a crime of child abuse, child neglect, or child abandonment.

| Signature | Title |
|---|---|
| L. TANORI-AMARILLAS | SUP. DETENTION DEPORTATION OFFICER |

Form I-831 Continuation Page (Rev. 6/12/92)

25

**U.S. Department of Justice**

Immigration and Naturalization Service

# Warrant for Arrest of Alien

Case No: SND0609000450

File No. A042 967 796

Date September 19, 2006

**To any officer of the Immigration and Naturalization Service delegated authority pursuant to section 287 of the Immigration and Nationality Act:**

From evidence submitted to me, it appears that:

Gurdev SINGH

(Full name of alien)

an alien who entered the United States at or near san Francisco, California                on

(Port)

June 26, 1991            is within the country in violation of the immigration laws and is

(Date)

therefore liable to being taken into custody as authorized by section 236 of the Immigration and Nationality Act.

By virtue of the authority vested in me by the immigration laws of the United States and the regulations issued pursuant thereto, I command you to take the above-named alien into custody for proceedings in accordance with the applicable provisions of the immigration laws and regulations.

(Signature of authorized INS official)

L. TANORI-AMARILLAS

(Print name of official)

SUP. DETENTION  DEPORTATION OFFICER

(Title)

## Certificate of Service

Served by me at Imperial, California            on 10/24/06            at 0900            .

I certify that following such service, the alien was advised concerning his or her right to counsel and was furnished a copy of this warrant.

(Signature of officer serving warrant)

IEA

(Title of officer serving warrant)

Form I-200 (Rev. 4-1-97)N

**26**

U.S. Department of Justice
Immigration and Naturalization Service

## Notice of Custody Determination

| | |
|---|---|
| **Gurdev SINGH** | Case No: SND0609000450 |
| | File No: A042 967 796 |
| CENTINELA STATE PRISON | Date: 09/19/2006 |
| 2302 BROWN ROAD | |
| IMPERIAL, CA 92251 | |

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that pending a final determination by the immigration judge in your case, and in the event you are ordered removed from the United States, until you are taken into custody for removal, you shall be:

- ☒ detained in the custody of this Service.
- ☐ released under bond in the amount of $ *No Bond* .
- ☐ released on your own recognizance.

☐ You may request a review of this determination by an immigration judge.
☒ You may not request a review of this determination by an immigration judge because the Immigration and Nationality Act prohibits your release from custody.

_____
(Signature of authorized officer)
L. YANORI-AMARILLAS

SUP. DETENTION   DEPORTATION OFFICER
(Title of authorized officer)

Imperial, California
(INS office location)

☒ I do  ☐ do not request a redetermination of the custody decision by an immigration judge.
☒ I acknowledge receipt of this notification.

_____                    10/24/06
(Signature of respondent)                              (Date)

---

### RESULT OF CUSTODY REDETERMINATION

On _____, custody status/conditions for release were reconsidered by:

☐ Immigration Judge      ☐ District Director      ☐ Board of Immigration Appeals

The results of the redetermination/reconsideration are:
☐ No change - Original determination upheld.      ☐ Release-Order of Recognizance
☐ Detain in custody of this Service.               ☐ Release-Personal Recognizance
☐ Bond amount reset to _____            ☐ Other: _____

_____
(Signature of officer)

Form I-286 (Rev. 4-1-97)N

**27**

IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251


SINGH, GURDEV
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO, CA  92243


FILE: A42-967-796

RE:   SINGH, GURDEV


NOTICE OF CUSTODY REDETERMINATION HEARING IN IMMIGRATION PROCEEDINGS


PLEASE TAKE NOTE THAT THE ABOVE CAPTIONED CASE HAS BEEN
SCHEDULED/RESCHEDULED FOR A CUSTODY REDETERMINATION HEARING BEFORE THE
IMMIGRATION COURT ON Oct 31, 2006 AT  1:00 P.M. AT THE FOLLOWING ADDRESS:

1115 NORTH IMPERIAL AVENUE
EL CENTRO, CA  92243

YOU MAY BE REPRESENTED IN THIS PROCEEDING, AT NO EXPENSE TO THE GOVERNMENT, BY
AN ATTORNEY OR OTHER INDIVIDUAL AUTHORIZED AND QUALIFIED TO REPRESENT PERSONS
BEFORE AN IMMIGRATION COURT.  IF YOU WISH TO BE REPRESENTED, YOUR ATTORNEY
OR REPRESENTATIVE SHOULD APPEAR WITH YOU AT THIS HEARING.


_____
                    CERTIFICATION OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)   PERSONAL SERVICE (P)
TO: [ ] ALIEN   [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: _____10|25|06_____  BY:  COURT STAFF
     Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____

                                                              U7

GC9

28

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE:  SINGH, GURDEV
FILE:  A42-967-796
                                        DATE:  Oct 31, 2006

TO:          SINGH, GURDEV
             C/O ICE, 1115 N. IMPERIAL AVE.
             EL CENTRO, CA 92243

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on   11 - 14 - 06
at    1:00 P.M.   at
                                        FOR LEGAL REPRESENT

                  1115 NORTH IMPERIAL AVENUE   ATION + PUNJABI
                  EL CENTRO, CA  92243          INTERPRETER
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.


IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.

GC9

29

Alien Number:  42-967-7??                    Alien Name:  SINGH, GURDEV

## LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(X) 1. You have been scheduled for a removal hearing, at the time and place set forth on the attached sheet.  Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. below) for a period of ten (10) years after the date of entry of the final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place set forth on the attached notice.  Failure to appear for this hearing other than because of exceptional circumstances beyond your control** will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for a period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States pursuant to section 240B of the Immigration and Nationality Act, and remaining in the United States beyond the authorized date will result in your being found ineligible for certain forms of relief under the Immigration and Nationality Act (see Section A. Below) for ten (10) years from the date of the scheduled departure.  Your Voluntary departure bond, if any, will also be breached.  Additionally, if you fail to voluntarily depart the United States within the time period specified, you shall be subject to a civil penalty of not less than $1000 and not more than $5000.

**the term "exceptional circumstances" refers to circumstances such as serious illness of the alien or death of an immediate relative of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
  1)    Voluntary departure as provided for in section 240B of the Immigration and Nationality Act;
  2)    Cancellation of removal as provided for in section 240A of the Immigration and Nationality Act; and
  3)    Adjustment of status or change of status as provided for in Section 245, 248 or 249 of the Immigration and Nationality Act.

  This written notice was provided to the alien in English.  Oral notice of the contents of this notice must be given to the alien in his/her native language, or in a language he/she understands by the Immigration Judge.
Date:  Oct 31, 2006
Immigration Judge: _____  or Court Clerk: _____

---

### CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO:  [P] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [P] INS
DATE:  10-31-06    BY:  COURT STAFF  Q.H.W.
  Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

---
                                                                    V6

30

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA   92251

RE:  SINGH, GURDEV
FILE:  A42-967-796                              DATE:  Nov 14, 2006

TO:        SINGH, GURDEV
           C/O ICE, 1115 N. IMPERIAL AVE.
           EL CENTRO, CA  92243

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on   11-28-06
at   1:00 P.M.   at

                      1115 NORTH IMPERIAL AVENUE        FOR LEGAL
                      EL CENTRO, CA  92243              REPRESENTATION.

     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.

LIZ

31

Alien Number:  42-967-796                    Alien Name:  SINGH, GURDEV

### LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(X) 1.  You have been scheduled for a removal hearing, at the time and place
        set forth on the attached sheet. Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of
        relief under the Immigration and Nationality Act (see Section A.
        below) for a period of ten (10) years after the date of entry of the
        final order of removal.

(  ) 2.  You have been scheduled for an asylum hearing, at the time and place
        set forth on the attached notice. Failure to appear for this hearing
        other than because of exceptional circumstances beyond your control**
        will result in your being found ineligible for certain forms of relief
        under the Immigration and Nationality Act (see Section A. Below) for a
        period of ten (10) years from the date of your scheduled hearing.

(  ) 3.  You have been granted voluntary departure from the United States
        pursuant to section 240B of the Immigration and Nationality Act, and
        remaining in the United States beyond the authorized date will result
        in your being found ineligible for certain forms of relief under the
        Immigration and Nationality Act (see Section A. Below) for ten (10)
        years from the date of the scheduled departure. Your voluntary
        departure bond, if any, will also be breached. Additionally, if you
        fail to voluntarily depart the United States within the time period
        specified, you shall be subject to a civil penalty of not less than
        $1000 and not more than $5000.

        **the term "exceptional circumstances" refers to circumstances such
        as serious illness of the alien or death of an immediate relative
        of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)   Voluntary departure as provided for in section 240B of the
         Immigration and Nationality Act;
    2)   Cancellation of removal as provided for in section 240A of the
         Immigration and Nationality Act; and
    3)   Adjustment of status or change of status as provided for in Section
         245, 248 or 249 of the Immigration and Nationality Act.

    This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date: Nov 14, 2006
Immigration Judge: _____ or Court Clerk: _____

_____
                        CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [P] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [P] INS
DATE: _11-14-06_____  BY:  COURT STAFF _D.N.W_____
    Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____ V6

*32*

U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*

OMB#1125-0006

# Notice of Entry of Appearance as Attorney or Representative Before the Immigration Court

I hereby enter my appearance as attorney or representative for, and at the request of, the following named person(s):

DATE (mm/dd/yy): 11/22/06

ALIEN NUMBER(S) (List lead alien number and all family member alien numbers, if applicable.)

A42-967-796

NAME: GURDEV (First)     (Middle Initial)     SINGH (Last)

ADDRESS: C/O STENDER & POPE, P.C.     333 E. VIRGINIA., SUITE 216
(Number and Street)     (Apt. No.)

PHOENIX     AZ     85004
(City)     (State)     (Zip Code)

Please check one of the following

☑ 1.  I am a member in good standing of the bar of the highest court(s) of the following state(s), possession(s), territory(ies), commonwealth(s), or the District of Columbia:

| Full Name of Court | | State Bar No. (if applicable) |
|---|---|---|
| AZ / NY / CT | AZ | AZ 014901 ; AZ023574 |
| AZ / IL | AZ | AZ 013646 ; AZ19385 |

(Please use space on reverse side to list additional jurisdictions.)

I ☑ am not (or ☐ am — explain fully on reverse side) subject to any order of any court or administrative agency disbarring, suspending, enjoining, restraining, or otherwise restricting me in the practice of law and the courts listed above comprise all of the jurisdictions (other than federal courts) where I am licensed to practice law.

☐ 2.  I am an accredited representative of the following qualified non-profit religious, charitable, social service, or similar organization established in the United States, so recognized by the Executive Office for Immigration Review pursuant to 8 C.F.R. § 1292.2 (provide name of organization):

☐ 3.  I am a law student or law graduate, reputable individual, accredited official, or other person authorized to represent individuals pursuant to 8 C.F.R. § 1292.1 (explain fully on reverse side).

*I have read and understand the statements provided on the reverse side of this form that set forth the regulations and conditions governing appearances and representation before the Immigration Court. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

SIGNATURE OF ATTORNEY OR REPRESENTATIVE

X

EOIR ID#

PHONE NUMBER (with area code)
602.952.9802  FAX: 602.952.9790

DATE (mm/dd/yy)
11/22/06

NAME OF ATTORNEY OR REPRESENTATIVE (type or print)
CHRISTOPHER J. STENDER, ESQ.
JOHN M. POPE, ESQ.
DENIZ S. ARIK, ESQ.
CARMEN ABARCA - WILSON, ESQ.

ADDRESS
STENDER & POPE, P.C.
333 E. VIRGINIA, SUITE 216
PHOENIX, AZ 85004

☑ Check here if new address

Form EOIR - 28
Rev. June 2001

33

**Certificate of Service**

I _Alma D. Reyes_ mailed or delivered a copy of the foregoing on _11/22/06_ to the DHS
  (Name)                                              (Date–mm/dd/yy)

(U.S. Immigration and Customs Enforcement—ICE) at _1115 N. Imperial Ave. El Centro CA 92243_
                                                 (Number and Street, City, State, Zip Code)

X _Alma D. Reyes_
  Signature of Attorney or Representative
  (Note: Alien may be required to sign Acknowledgement and Consent below.)

---

*The Privacy Act of 1974 requires that if the person being represented is or claims to be a citizen of the United States, or an alien lawfully admitted for permanent residence, he/she must sign the portion below.*

I HEREBY ACKNOWLEDGE THAT THE ABOVE-NAMED ATTORNEY OR REPRESENTATIVE REPRESENTS ME IN THESE PROCEEDINGS AND I CONSENT TO THE DISCLOSURE TO HIM/HER OF ANY RECORDS PERTAINING TO ME WHICH APPEAR IN ANY EOIR SYSTEM OF RECORDS.

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE (mm/dd/yy) |
|---|---|---|
|  | X |  |

APPEARANCES – An appearance shall be filed on a Form EOIR-28 by the attorney or representative appearing in each case before an Immigration Judge (see 8 C.F.R. § 1003.17). When an appearance is made by a person acting in a representative capacity, his/her personal appearance or signature constitutes a representation that, under the provisions of 8 C.F.R. part 1003, he/she is authorized and qualified to represent individuals. Thereafter, substitution or withdrawal may be permitted upon the approval of the Immigration Judge of a request by the attorney or representative of record in accordance with 8 C.F.R. § 1003.17(b). Please note that appearances for limited purposes are not permitted. *See Matter of Velasquez*, 19 I&N Dec. 377, 384 (BIA 1986). A separate appearance form (Form EOIR-27) must be filed with an appeal to the Board of Immigration Appeals (see 8 C.F.R. § 1003.38(g)). Further proof of authority to act in a representative capacity may be required.

AVAILABILITY OF RECORDS – During the time a case is pending, a party to a proceeding or his/her attorney or representative shall be permitted to examine the Record of Proceeding in the Immigration Court having administrative control over the Record of Proceeding, in accordance with the standard procedures of the Court.

REPRESENTATION – A person entitled to representation may be represented by any of the following:

  (1) Attorneys in the United States as defined in 8 C.F.R. § 1001.1(f).
  (2) Law students and law graduates not yet admitted to the bar as defined in 8 C.F.R. § 1292.1(a)(2).
  (3) Reputable individuals as defined in 8 C.F.R. § 1292.1(a)(3).
  (4) Accredited representatives as defined in 8 C.F.R. § 1292.1(a)(4).
  (5) Accredited officials as defined in 8 C.F.R. § 1292.1(a)(5).

ADDITIONAL INFORMATION:

(Please attach additional sheets of paper if necessary.)

NOTE: THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 28 C.F.R. §§ 16.1-16.11 AND APPENDICES.

Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a valid OMB control number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. The estimated average time to complete this form is six (6) minutes. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can write to the Executive Office for Immigration Review, Office of General Counsel, 5107 Leesburg Pike, Suite 2600, Falls Church, Virginia 22041.

34

**U.S. Department of Justice**
Immigration and Naturalization Service

**Notice of Entry of Appearance
as Attorney or Representative**

Appearances - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: SINGH, GURDEV       Date: 11/22/06    File No. A42 967 796

I hereby enter my appearance as attorney for (or representative of), and at the request of the following named person(s):

Name: Gurdev Singh    ☐ Petitioner  ☑ Applicant  ☐ Beneficiary
Address: (Apt. No.) (Number & Street)  C/O STENDER & POPE, P.C.  333 E. VIRGINIA AVE., SUITE 216  PHOENIX  AZ  85004

Name:    ☐ Petitioner  ☐ Applicant  ☐ Beneficiary
Address: (Apt. No.) (Number & Street)  C/O STENDER & POPE, P.C.  333 E. VIRGINIA AVE., SUITE 216  PHOENIX  AZ  85004

Check Applicable Item(s) below:

☑ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia AZ / NY / CT / IL ___ and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with ___ the attorney of record previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain Fully.)

SIGNATURE

NAME (Type or Print) C.J. STENDER / J.M. POPE / D.S. ARIK / C.A. WILSON

COMPLETE ADDRESS STENDER & POPE, P.C. 333 E. VIRGINIA., SUITE 216 PHOENIX. ARIZONA 85004
TELEPHONE NUMBER 602.257.1010  FAX:602.952.9790

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS.

STENDER & POPE, P.C.
(Name of Attorney or Representative)

THE ABOVE CONSENT TO DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:
ANY AND ALL IMMIGRATION MATTERS

| Name of Person Consenting | Signature of Person Consenting | Date |
|---|---|---|

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09/26/00)Y

35

U.S. Department of Justice
Executive Office for Immigration Review
U.S. Immigration Court
El Centro, California

| | | |
|---|---|---|
| Case No. A42 967 796 | ) | Date: November 27, 2006 |
| | ) | |
| IN THE MATTER OF | ) | IN BOND |
| | ) | |
| Gurdev SINGH, | ) | PROCEEDINGS |
| | ) | |
| Respondent. | ) | |
| | ) | |

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Motion for Telephonic Appearance filed by counsel for respondent in the above-entitled matter, it is HEREBY ORDERED that the Motion for Telephonic Appearance be denied for the reasons set forth below.

The Court will request to review documentary evidence at tomorrow's hearing to determine whether the respondent qualifies for bond under to INA 236(c). The respondent's counsel can not receive and review such documentary evidence if he does not appear in person.

Respondent has contacted the court and advised that he wishes the services of a Punjabi interpreter. If the Punjabi interpreter is used, the Court will need the phone line for the Punjabi interpreter.

There is no statutory or regulatory right to a telephonic hearing and the Court, upon complete review of the record in this case, sees no reason justifying a telephonic appearance as a matter of discretion.

Jack H. Weil
U.S. Immigration Judge

## Certificate of Service

I, Elizabeth Sanchez, hereby certify that on November 27, 2006, I served a copy of this order on the counsel for respondent by first-class mail and on the Immigration and Naturalization Service by personal service. Staff initials:

**36**

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA    92251

RE:  SINGH, GURDEV
FILE:  A42-967-796

DATE:  Nov 28, 2006

TO:       CHRISTOPHER J. STENDER, ESQ
          STENDER & POPE, PC
          1010 SECOND AVENUE, STE. #2300
          SAN DIEGO, CA 92101-4999

    Please take notice that the above captioned case has been scheduled for a
(Master) Individual hearing before the Immigration Court on  12 - 5 - 06
at  1:00 P.M.  at

                                                    RESPONDENT'S
                    1115 NORTH IMPERIAL AVENUE    COUNSEL  DID
                    EL CENTRO, CA  92243          NOT  APPEAR.
    You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court.  Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative.  If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed.  You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
    Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
    1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
    2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act.  An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33.  ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR.  IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS."  CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
    A List of Free Legal Service Providers has been given to you.  For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
LIZ

37

Alien Number:  42-967-798                     Alien Name:  SINGH, GURDEV

## LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

✂ 1. You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A.
below) for a period of ten (10) years after the date of entry of the
final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice.  Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A. Below) for a
period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section A. Below) for ten (10)
years from the date of the scheduled departure.  Your Voluntary
departure bond, if any, will also be breached.  Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.

        **the term "exceptional circumstances" refers to circumstances such
        as serious illness of the alien or death of an immediate relative
        of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)    Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    2)    Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    3)    Adjustment of status or change of status as provided for in Section
          245, 248 or 249 of the Immigration and Nationality Act.

    This written notice was provided to the alien in English.  Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date: Nov 28, 2006
Immigration Judge: _____    or Court Clerk: _____

## CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)      PERSONAL SERVICE (P)
TO:  [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [ ] ALIEN's ATT/REP  [ ] INS
DATE: 11-28-06      BY:  COURT STAFF  Q.N.W.  by
    Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other

                                                                        1/6

38

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
IMPERIAL, CA

FILE: A42-967-796

IN THE MATTER OF:

SINGH, GURDEV

RESPONDENT

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE
WITH RESPECT TO CUSTODY

Request having been made for a change in the custody status of
respondent pursuant to 8 CFR 236.1(c), and full consideration
having been given to the representations of the Immigration and
Naturalization Service and the respondent, it is hereby

__X__   ORDERED that the request for a change in custody status be
        denied.

_____  ORDERED that the request be granted and that respondent be:

_____  released from custody on his own recognizance

_____  released from custody under bond of $_____

__X__   OTHER  RESPONDENT  W/DREW  HIS  REQUEST  FOR  A
BOND  HEARING  &  MAY  REINSTATE  AT  ANY  TIME.

Copy of this decision has been served on the respondent and the
Service.

APPEAL: (waived) - reserved

IMPERIAL -- EL CENTRO, CALIFORNIA

Date: Dec 5, 2006

                                   _Jack H. Weil_____
                                   JACK H. WEIL
                                   Immigration Judge

                                                        XS

LIZ

*39*

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

IS-2-06

(760) 353-2328

RE: SINGH, GURDEV
FILE: A42-967-796

DATE: Dec 5, 2006

TO:     CHRISTOPHER J. STENDER, ESQ
        STENDER & POPE, PC
        1010 SECOND AVENUE, STE. #2300
        SAN DIEGO, CA 92101-4999

     Please take notice that the above captioned case has been scheduled for a
Master/Individual hearing before the Immigration Court on   12-20-06
at   1:00 P.M.   at

TELEPHONIC   O.K.            1115 NORTH IMPERIAL AVENUE        STATUS  CONF.  ON
                             EL CENTRO, CA  92243              CHARGES  +R  TO
                                                              I.D. + POSSIBLY FILE
     You may be represented in these proceedings, at no expense to the           RELIEF
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court. Your hearing date has not  APPLIC.
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative. If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed. You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act. An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you. For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
LIZ

40

Alien Number:  42-967-796                          Alien Name:  SINGH, GURDEV

## LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

(☒)  1.  You have been scheduled for a removal hearing, at the time and place
         set forth on the attached sheet. Failure to appear for this hearing
         other than because of exceptional circumstances beyond your control**
         will result in your being found ineligible for certain forms of
         relief under the Immigration and Nationality Act (see Section A.
         below) for a period of ten (10) years after the date of entry of the
         final order of removal.

( )  2.  You have been scheduled for an asylum hearing, at the time and place
         set forth on the attached notice. Failure to appear for this hearing
         other than because of exceptional circumstances beyond your control**
         will result in your being found ineligible for certain forms of relief
         under the Immigration and Nationality Act (see Section A. Below) for a
         period of ten (10) years from the date of your scheduled hearing.

( )  3.  You have been granted voluntary departure from the United States
         pursuant to section 240B of the Immigration and Nationality Act, and
         remaining in the United States beyond the authorized date will result
         in your being found ineligible for certain forms of relief under the
         Immigration and Nationality Act (see Section A. Below) for ten (10)
         years from the date of the scheduled departure. Your Voluntary
         departure bond, if any, will also be breached. Additionally, if you
         fail to voluntarily depart the United States within the time period
         specified, you shall be subject to a civil penalty of not less than
         $1000 and not more than $5000.

         **the term "exceptional circumstances" refers to circumstances such
         as serious illness of the alien or death of an immediate relative
         of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)   Voluntary departure as provided for in section 240B of the
         Immigration and Nationality Act;
    2)   Cancellation of removal as provided for in section 240A of the
         Immigration and Nationality Act; and
    3)   Adjustment of status or change of status as provided for in section
         245, 248 or 249 of the Immigration and Nationality Act.

    This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date:  Dec 5, 2006
Immigration Judge: _____  or Court Clerk: _____

### CERTIFICATE OF SERVICE

THIS DOCUMENT WAS SERVED BY: MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  [P] ALIEN's ATT/REP  [P] INS
DATE:  12-5-06     BY:  COURT STAFF  O.H.W.
    Attachments:  [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
_____  V6

41

NOTICE OF HEARING IN REMOVAL PROCEEDINGS
IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

RE:  SINGH, GURDEV
FILE:  A42-967-796                              DATE:  Dec 20, 2006

TO:          CHRISTOPHER J. STENDER, ESQ
             STENDER & POPE, PC
             1010 SECOND AVENUE, STE. #2300
             SAN DIEGO, CA  92101-4999

     Please take notice that the above captioned case has been scheduled for a
Master/(Individual) hearing before the Immigration Court on    1 - 24 - 00 67
at   10:00 A.M. at

                        FOR DHS TO
                        PROVE CHARGES

                        1115 NORTH IMPERIAL AVENUE
                        EL CENTRO, CA  92243
     You may be represented in these proceedings, at no expense to the
Government, by an attorney or other individual who is authorized and qualified
to represent persons before an Immigration Court. Your hearing date has not
been scheduled earlier than 10 days from the date of service of the Notice to
Appear in order to permit you the opportunity to obtain an attorney or
representative. If you wish to be represented, your attorney or representative
must appear with you at the hearing prepared to proceed. You can request an
earlier hearing in writing.
YOU MUST BRING PHOTO IDENTIFICATION AND HEARING NOTICE TO ENTER THE BUILDING.
     Failure to appear at your hearing except for exceptional circumstances
may result in one or more of the following actions:
     1) You may be taken into custody by the Immigration and Naturalization
Service and held for further action.
     2) Your hearing may be held in your absence under section 240(b)(5) of the
Immigration and Nationality Act. An order of removal will be entered against
you if the Immigration and Naturalization Service established by clear,
unequivocal and convincing evidence that a) you or your attorney has been
provided this notice and b) you are removable.

IF YOUR ADDRESS IS NOT LISTED ON THE NOTICE TO APPEAR, OR IF IT IS NOT CORRECT,
WITHIN FIVE DAYS OF THIS NOTICE YOU MUST PROVIDE TO THE IMMIGRATION COURT
IMPERIAL, CA THE ATTACHED FORM EOIR-33 WITH YOUR ADDRESS AND/OR
TELEPHONE NUMBER AT WHICH YOU CAN BE CONTACTED REGARDING THESE PROCEEDINGS.
EVERYTIME YOU CHANGE YOUR ADDRESS AND/OR TELEPHONE NUMBER, YOU MUST INFORM THE
COURT OF YOUR NEW ADDRESS AND/OR TELEPHONE NUMBER WITHIN 5 DAYS OF THE CHANGE
ON THE ATTACHED FORM EOIR-33. ADDITIONAL FORMS EOIR-33 CAN BE OBTAINED FROM
THE COURT WHERE YOU ARE SCHEDULED TO APPEAR. IN THE EVENT YOU ARE UNABLE TO
OBTAIN A FORM EOIR-33, YOU MAY PROVIDE THE COURT IN WRITING WITH YOUR NEW
ADDRESS AND/OR TELEPHONE NUMBER BUT YOU MUST CLEARLY MARK THE ENVELOPE "CHANGE
OF ADDRESS." CORRESPONDENCE FROM THE COURT, INCLUDING HEARING NOTICES, WILL BE
SENT TO THE MOST RECENT ADDRESS YOU HAVE PROVIDED, AND WILL BE CONSIDERED
SUFFICIENT NOTICE TO YOU AND THESE PROCEEDINGS CAN GO FORWARD IN YOUR ABSENCE.
     A List of Free Legal Service Providers has been given to you. For
information regarding the status of your case, call toll free 1-800-898-7180
OR 703-305-1662.
LIZ

42

Alien Number:  42-967-796                Alien Name:  SINGH, GURDEV

LIMITATIONS ON DISCRETIONARY RELIEF FOR FAILURE TO APPEAR

1. You have been scheduled for a removal hearing, at the time and place
set forth on the attached sheet. Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of
relief under the Immigration and Nationality Act (see Section A.
below) for a period of ten (10) years after the date of entry of the
final order of removal.

( ) 2. You have been scheduled for an asylum hearing, at the time and place
set forth on the attached notice. Failure to appear for this hearing
other than because of exceptional circumstances beyond your control**
will result in your being found ineligible for certain forms of relief
under the Immigration and Nationality Act (see Section A. below) for a
period of ten (10) years from the date of your scheduled hearing.

( ) 3. You have been granted voluntary departure from the United States
pursuant to section 240B of the Immigration and Nationality Act, and
remaining in the United States beyond the authorized date will result
in your being found ineligible for certain forms of relief under the
Immigration and Nationality Act (see Section a. below) for ten (10)
years from the date of the scheduled departure. Your Voluntary
departure bond, if any, will also be breached. Additionally, if you
fail to voluntarily depart the United States within the time period
specified, you shall be subject to a civil penalty of not less than
$1000 and not more than $5000.

**the term "exceptional circumstances" refers to circumstances such
as serious illness of the alien or death of an immediate relative
of the alien, but not including less compelling circumstances.

A.  THE FORMS OF RELIEF FROM REMOVAL FOR WHICH YOU WILL BECOME INELIGIBLE ARE:
    1)    Voluntary departure as provided for in section 240B of the
          Immigration and Nationality Act;
    2)    Cancellation of removal as provided for in section 240A of the
          Immigration and Nationality Act; and
    3)    Adjustment of status or change of status as provided for in Section
          245, 248 or 249 of the Immigration and Nationality Act.

     This written notice was provided to the alien in English. Oral notice of
the contents of this notice must be given to the alien in his/her native
language, or in a language he/she understands by the Immigration Judge.
Date: Dec 20, 2006
Immigration Judge: _____ or Court Clerk: _____

                         CERTIFICATE OF SERVICE
THIS DOCUMENT WAS SERVED BY:  MAIL (M)    PERSONAL SERVICE (P)
TO: [ ] ALIEN  [ ] ALIEN c/o Custodial Officer  (M) ALIEN's ATT/REP  (P) INS
DATE: 12-20-06  BY:  COURT STAFF  G.N.W.
     Attachments: [ ] EOIR-33  [ ] EOIR-28  [ ] Legal Services List  [ ] Other
                                                                              U6

43

U.S. Department of Justice
Executive Office for Immigration Review
U.S. Immigration Court
El Centro, California

Case No. A42 967 796     )    Date: January 4, 2007
                      )
IN THE MATTER OF     )    IN REMOVAL
                      )
Gurdev SINGH,        )    PROCEEDINGS
                      )
Respondent.         )
                      )

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Motion to Change Venue to San Francisco, CA filed by counsel for respondent in the above-entitled matter, it is HEREBY ORDERED that the Motion to Change Venue to San Francisco, CA be denied for the reasons set forth below.

Upon weighing of all of the factors identified by the respondent in his motion to change venue against all of the factors identified by the Department of Homeland Security in their written opposition, the Court finds that the respondent has failed to establish good cause to change venue. The Court notes specifically that the respondent is currently detained in the immigration processing center in El Centro, CA., change of venue will result in a great burden on the Government and taxpayers of the United States, and respondent has local counsel who has entered his appearance in this matter. While respondent states that he has witnesses who reside in the requested venue, he has failed to identify any issue pending before the Court to which the testimony of these witnesses is material or relevant.

*Jack H. Weil*
Jack H. Weil
U.S. Immigration Judge

## Certificate of Service

I, Eli J Danch, hereby certify that on January 4, 2007, I served a copy of this order on the respondent's counsel by mail and on the Department of Homeland Security by personal service. Staff initials:

**44**

IMMIGRATION COURT
2409 LA BRUCHERIE ROAD
IMPERIAL, CA  92251

In the Matter of
SINGH, GURDEV
Respondent

Case No.: A42-967-796

IN REMOVAL PROCEEDINGS

ORDER OF THE IMMIGRATION JUDGE

This is a summary of the oral decision entered on Jan 24, 2007.
This memorandum is solely for the convenience of the parties.  If the
proceedings should be appealed or reopened, the oral decision will become
the official opinion in the case.

[✗] The respondent was ordered removed from the United States to **INDIA**.
~~or in the alternative to~~

[ ] Respondent's application for voluntary departure was denied and
respondent was ordered removed to
or in the alternative to

[ ] Respondent's application for voluntary departure was granted until
upon posting a bond in the amount of $ _____
with an alternate order of removal to

Respondent's application for:
[ ] Asylum was ( ) granted ( ) denied ( ) withdrawn
[ ] Withholding of removal was ( ) granted ( ) denied ( ) withdrawn
[ ] A Waiver under Section ____ was ( ) granted ( ) denied ( ) withdrawn
[ ] Cancellation under Section 240A(a) was ( ) granted ( ) denied ( ) withdrawn

Respondent's application for:
[ ] Cancellation under Section 240A(b)(1) was ( ) granted ( ) denied
( ) withdrawn.  If granted it is ordered that the respondent be issued
all appropriated documents necessary to give effect to this order.
[ ] Cancellation under Section 240A(b)(2) was ( ) granted ( ) denied
( ) withdrawn.  If granted it is ordered that the respondent be issued
all appropriated documents necessary to give effect to this order.
[ ] Adjustment of Status under Section ____ was ( ) granted ( ) denied
( ) withdrawn.  If granted it is ordered that the respondent be issued
all appropriated documents necessary to give effect to this order.
[ ] Respondent's application of ( ) witholding of removal ( ) deferral of
removal under Article III of the Convention Against Torture was
( ) granted ( ) denied ( ) withdrawn.
[ ] Respondent's status was rescinded under section 246.
[ ] Respondent is admitted to the United States as a _____ until _____.
[ ] As a condition of admission, respondent is to post a $ _____ bond.
[ ] Respondent knowingly filed a frivolous asylum application after proper
notice.
[ ] Respondent was advised of the limitation on discretionary relief for
failure to appear as ordered in the Immigration Judge's oral decision.
[ ] Proceedings were terminated.
[ ] Other: _____

Date:  Jan 24, 2007

_Jack H. Weil_
JACK H. WEIL
Immigration Judge

Appeal:  Waived/Reserved    Appeal Due By: **2-23-07**
         BY        BY
         DHS    RESPONDENT

LIZ

45

U.S. Department of Justice
Executive Office for Immigration Review
*Board of Immigration Appeals*

OMB# 1125-0002
**Notice of Appeal from a Decision of an Immigration Judge**

**1.** List Name(s) and "A" Number(s) of all Respondent(s)/Applicant(s):

MR. Gurdev Singh    In-Pro-se
A#042-967-796       Detain.
Respondent, arrived, with his wife and two
children, on June 26, 1991. were admitted
to the united states at San Francisco,
California. Respondent together with his
family have been residing in the united states
for a period of 15 years. Respondent is
husband, & a father, a family mem,
respondent is not a "career criminal"
therefore a serious consideration must be
affored in regards to Respondent case.!

*(left margin)* Staple Check or Money Order Here. Include Name(s) and "A" Number(s) on the face of the check or money order.

**WARNING:** Names and "A" Numbers of everyone appealing the Immigration Judge's decision must be written on this form.

**2.** I am  ☑ the Respondent/Applicant  ☐ DHS-ICE  *(Mark only one box.)*     El Centro Trial Attorney

**3.** I am  ☑ DETAINED  ☐ NOT DETAINED  *(Mark only one box.)*     FEB 26 2007
United States Department of Justice
Immigration Court.

**4.** My last hearing was at 1115 N. Imperial Ave; El Centro, CA, 92243 *(Location, City, State)*

**5.** **What decision are you appealing?**

*Mark only one box below. If you want to appeal more than one decision, you must use more than one Notice of Appeal (Form EOIR-26).*

☑ I am filing an appeal from the Immigration Judge's decision *in merits proceedings* (example: removal, deportation, exclusion, asylum, etc.) dated January 24, 2007

☐ I am filing an appeal from the Immigration Judge's decision *in bond proceedings* dated _____ . (For DHS use only: Did DHS invoke the automatic stay provision before the Immigration Court? ☐ Yes. ☐ No.)

☐ I am filing an appeal from the Immigration Judge's decision *denying a motion to reopen or a motion to reconsider* dated _____ .

*(Please attach a copy of the Immigration Judge's decision that you are appealing.)*

Form EOIR-26
Revised Dec. 2005

**Page 1 of 3**

46

6. State in detail the reason(s) for this appeal. Please refer to the General Instructions at item F for further guidance. You are not limited to the space provided below; use more sheets of paper if necessary. Write your name(s) and "A" number(s) on every sheet. In Pro Se Detain at Government expense.

MR Gurdev, Singh
A# 042-967-796

Please see attachment sheets For arguements.
Arguement 1 through 8

*(Attach additional sheets if necessary)*

⚠ **WARNING:** You must clearly explain the specific facts and law on which you base your appeal of the Immigration Judge's decision. The Board may summarily dismiss your appeal if it cannot tell from this Notice of Appeal, or any statements attached to this Notice of Appeal, why you are appealing.

7. Do you desire oral argument before the Board of Immigration Appeals?  ☐ Yes  ☑ No

8. Do you intend to file a separate written brief or statement after filing this Notice of Appeal?  ☑ Yes  ☐ No

⚠ **WARNING:** If you mark "Yes" in item 8, you will be expected to file a written brief or statement after you receive a briefing schedule from the Board. The Board may summarily dismiss your appeal if you do not file a brief or statement within the time set in the briefing schedule.

9. → **SIGN HERE** →  X _Gurdev Singh_    02-20-07
Signature of Person Appealing    Date
*(or attorney or representative)*

Form EOIR-26
Revised Dec. 2005

**Page 2 of 3**

41

**10.** 

| Mailing Address of Respondent(s)/Applicant(s) |
|---|
| MR. Gurdev Singh |
| (Name) |
| DHS/ICE Detention Center, Services. |
| (Street Address) |
| 1115 N. Imperial Ave; |
| (Apartment or Room Number) |
| El Centro, CA. 92243 |
| (City, State, Zip Code) |
| |
| (Telephone Number) |

**11.**

| Mailing Address of Attorney or Representative for the Respondent(s)/Applicant(s) |
|---|
| |
| (Name) |
| |
| (Street Address) |
| |
| (Suite or Room Number) |
| |
| (City, State, Zip Code) |
| |
| (Telephone Number) |

NOTE: You must notify the Board within five (5) working days if you move to a new address. You must use an alien's Change of Address Form (Form EOIR-33/IA)

NOTE: If you are represented, your attorney or representative must file with this Notice of Entry of Appearance as Attorney or Representative Before the Board of Immigration Appeals (Form EOIR-27).

**12.**

### PROOF OF SERVICE
### (You Must Complete This)

I MR. Gurdev Singh _____ mailed or delivered a copy of this Notice of Appeal
(Name)

on 02-20-07 _____ to District Attorney
(Date)                          (Opposing Party)

United States Department of Justice

at Immigration Court, 1115 N. Imperial Ave; El Centro, Ca. 92243
(Number and Street, City, State, Zip Code)

SIGN HERE ➤  X  Gurdev Singh _____
Signature

NOTE: If you are the Respondent or Applicant, the Opposing Party is the Assistant Chief Counsel of DHS – ICE

WARNING: If you do not complete this section properly, your appeal will be rejected or dismissed.

WARNING: If you fail to attach either a completed Fee Waiver Request (Form EOIR-26A) or the appropriate fee, your appeal will be rejected or dismissed.

☑ Read all of the General Instructions
☑ Provided all of the requested information
☑ Completed this form in English
☑ Provided a certified English translation for all non-English attachments

**HAVE YOU?**
☑ Signed the form
☑ Served a copy of this form and all attachments on the opposing party
☑ Completed and signed the Proof of Service
☑ Attached the required fee or Fee Waiver Request

**Page 3 of 3**

Form EOIR-26
Revised Dec. 2005

**48**

ATTENTION: O.I.C. Mr. Rillamos
Supervisor: Gonzales
Supervisor: Martinez
Supervisor: Moya

Attention: Supervisor, I am currently requesting for your assistance, in regards to appeal form that was requested to be mail, next day service last week on Wednesday 21, of February 2007.

The mail man "Officer" who I clearly instructed that I urgently needed to have the envelope delivered next day service is Officer Mr. Corona. Officer Corona did not comply to delivered my envelope with the service I requested my envelope that needed to be delivered with.

Instead of next day service, Officer Mr. Corona went ahead and had my appeal form delivered under priority mail failing to arrived the next day, like it needed to be received by. I even sent it one day ahead of the due date Friday 23, February of 2007.

So the need of your immediate assistance is urgently needed.

To clarify that , I Mr. Gurdev Singh was not at fault why my appeal form did not arrived with the Board of Appeals on time, but instead it was the mail man Officer Mr. Corona, who failed to comply with the service that I clearly request Mr. Corona that needed to be done under with which was "overnight service or next day service".

I made sure that he had enough money for the next day service. I gave him an amount of $19.00 dollars in cash, to make sure he had enough money for the "next day service" that I clearly requested Officer Mr. Corona, that needed to be done under.

Action requested: I humbly request, that a higher officer from I.C.E. contact the Board of Appeals, to clarify this crucial inconvenience to explain to the board clerk or higher supervisor member, that I was not at fault why my appeal form did not arrived to the Board of appeals on time because it is a severe crucial matter for me and my family.

Board of Immigration Appeals
Telephone: (703) 605-1007

Thanks in advance
Respectfully Submitted,
Mr. Gurdev Singh
A# 42-967-796
*Gurdev Singh*

*Monday 26, of February 2007*
Date;

C.C.

**49**



U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

SINGH, GURDEV
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO, CA 92243-0000

U.S. DHS - Trial Attorney Unit/ELC
1115 N. Imperial Ave.
El Centro, CA 92243

Name: SINGH, GURDEV

A42-967-796

Type of Proceeding: Removal

Date of this notice: 03/02/2007

Type of Appeal: Case Appeal

Filed by: Alien

### FILING RECEIPT FOR APPEAL

The Board of Immigration Appeals acknowledges receipt of your appeal and fee or fee waiver request (where applicable) on 03/01/2007 in the above-referenced case.

### PLEASE NOTE:

In all future correspondence or filings with the Board, please list the name and alien registration number ("A" number) of the case (as indicated above), as well as all of the names and "A" numbers for <u>every</u> family member who is included in this appeal.

If you have any questions about how to file something at the Board, you should review the Board's Practice Manual and Questions and Answers at www.usdoj.gov/eoir.

<u>Proof of service on the opposing party at the address above is required for ALL submissions to the Board of Immigration Appeals</u> -- including correspondence, forms, briefs, motions, and other documents.   If you are the Respondent or Applicant, the "Opposing Party" is the District Counsel for the DHS at the address shown above.  Your certificate of service must clearly identify the document sent to the opposing party, the opposing party's name and address, and the date it was sent to them.  <u>Any submission filed with the Board without a certificate of service on the opposing party will be rejected.</u>

**WARNING:** If you leave the United States after filing this appeal but before the Board issues a decision, your appeal will be considered withdrawn and the Immigration Judge's decision will become final as if no appeal had been taken (unless you are an "arriving alien" as defined in the regulations under 8 C.F.R. section 1001.1(q)).

| Name: Singh Gurdev | Field Office: SND/ECC | File #: A42-967-796 |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who—

(A) Willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

(B) Willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

(C) Connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

(D) Willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

Shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Naturalization Service may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

\*        Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to Make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent The alien's removal subject to an order of removal.

| Date Order Final: January 24, 2007 | Ordered Removed under Section: 237(a)(2)(A)(iii), 237(a)(2)(E)(I) |
|---|---|

**Record of Service**
(Check method used)

**Record of Personal Service**

| Served By: (Print Name and Title of Officer) Margaret Frear, Immigration Enforcement Agent | Date: March 1, 2007 |
|---|---|

| Officer's Signature: *Margaret Frear* DF61 | Location of Service: El Centro Processing Center El Centro Ca, 92243 |
|---|---|

| Served On: (Alien's Signature) *refused to sign* | Date: March 1, 2007 |
|---|---|

**Warning administered in Court**
(Copy of order attached)

**Record of Personal Service (Cont.)**

**Certified Mail Service**

Fingerprint of Alien (Specify finger used)
*Right Index*

**Attach certified mail receipts here.**

Form I-229 (a)
(Revised 12/04/02)

*51*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
IMPERIAL, CA

Mar 7, 2007

A 42-967-796
SINGH, GURDEV

TO:     Board of Immigration Appeals
        Office of the Clerk
        P.O. Box 8530
        Falls Church, VA  22041

This Record of Proceeding (ROP) is forwarded to the Board of Immigration
Appeals for consideration of the following:

    [X] Appeal of the Immigration Judge decision.
    [ ] Appeal of Immigration Judge decision on a motion to reopen.

Please note:

    [ ] The respondent / applicant is (DETAINED)
    [ ] Other _____

    _____

[ ] This ROP is for an appeal on a decision entered prior to July 1, 1996.
    This ROP is being submitted to APU at the following stage:

    [X] Notice of Appeal filed.  Tapes need to be transcribed.
    [ ] IJ has signed decision.  Briefing schedule needs to be set.
    [ ] Motion for Extension of Time to Extend Briefing Schedule
        has been submitted.
    [ ] Briefing Schedule is complete / expired.

                                                              PZ

52

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041

El Centro Trial Attorney

APR 0 4 2007

SINGH, GURDEV
C/O ICE, 1115 N. IMPERIAL AVE.
EL CENTRO, CA 92243-0000

U.S. DHS - Trial Attorney Unit/ELC
1115 N. Imperial Ave.
El Centro, CA 92243

Name: SINGH, GURDEV

A42-967-796

Date of this notice: 03/30/2007

Enclosed is a copy of the Board's decision and order in the above-referenced case.

Sincerely,

Donna Carr

Donna Carr
Chief Clerk

Enclosure

Panel Members:
    HESS, FRED



53

**U.S. Department of Justice**
Executive Office for Immigration Review

Decision of the Board of Immigration Appeals

Falls Church, Virginia 22041

File:  A42 967 796 - El Centro

Date:

MAR 3 0 2007

In re: GURDEV SINGH

IN REMOVAL PROCEEDINGS

APPEAL

ON BEHALF OF RESPONDENT:    Pro se

ORDER:

PER CURIAM.  On January 24, 2007, an Immigration Judge ordered the respondent removed from the United States to India, and the respondent reserved the right to appeal the decision. A Notice of Appeal (Form EOIR-26) must be filed within 30 calendar days of an Immigration Judge's oral decision. 8 C.F.R. § 1003.38. The appeal was accordingly due on or before February 23, 2007. The record reflects, however, that the Notice of Appeal was not filed until February 29, 2007. In conjunction with the appeal, the respondent explains that while he asked the postmaster to send his appeal "next day service", the post office failed to comply with his request. The Department of Homeland Security has not responded to the respondent's filing.

We do not find the respondent's explanation sufficient to consider this appeal under our *sua sponte* authority or to authorize the appeal by certification. *See* 8 C.F.R. § 1003.1(c); *Matter of J-J-*, 21 I&N Dec. 976 (BIA 1997) (Board will exercise its sua sponte authority only in an "exceptional situation"). *See also Socop-Gonzalez v. INS*, 272 F.3d 1176, 1184 (9th Cir. 2001) (en banc). Accordingly, we find that the appeal is untimely. The Immigration Judge's decision is now final, and the record is returned to the Immigration Court without further action. *See* 8 C.F.R. §§ 3.3(a), 3.38, 3.39, 240.14 and 240.15.

FOR THE BOARD

54

.3. Department of Homeland Security
El Centro Service Processing Center
1115 North Imperial Avenue
El Centro, California 92243



**U.S. Immigration
And Customs
Enforcement**

April 10, 2007

Consulate General of India
540 Arguello Blvd.
San Francisco, CA. 94118

**Subject:**  SINGH, GURDEV                        A42 967 796

Dear Sir/Madam:

The above named subject is presently detained at the El Centro Service Processing Center, El Centro, California, under deportation proceedings.

We are submitting the following items for your consideration in the issuance of the necessary travel documents to enable your subject to return home:

> Service Form I-217 (2)
> Service Form I-213 (1)
> Service Form I-862 (1)

Please feel free to contact  SDDO Ron Batley , regarding any issues or concerns at (760) 336-4600 extension 4607.

Sincerely,


M. FREAR
Deportation Officer

Enclosures (2)
CERTIFIED MAIL
RETURN RECEIPT REQUESTED

*55*





U.S. Department of Homeland Security
El Centro Service Processing Center
1115 North Imperial Avenue
El Centro, California 92243

# U.S. Immigration And Customs Enforcement

April 10, 2007

**Subject:** SINGH, GURDEV                    A42 967 796

Dear Sir/Madam:

The above named subject is presently detained at the El Centro Service Processing Center, El Centro, California, under deportation proceedings.

We are submitting the following items for your consideration in the issuance of the necessary travel documents to enable your subject to return home:

Service Form I-217 (2)
Service Form I-213 (1)
Service Form I-862 (1)

Please feel free to contact  SDDO Ron Batley , regarding any issues or concerns at (760) 336-4600 extension 4607.

Sincerely,

M. FREAR / IEA
Deportation Officer

Enclosures (2)
CERTIFIED MAIL
RETURN RECEIPT REQUESTED

56

U.S. Department of Homeland Security
Immigration and Customs Enforcement

**Warning for Failure to Depart**

| Name:<br>SINGH, GURDEV | Field Office:<br>SND/ECC | File #:<br>A42-967-796 |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

    Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who--

        (A) Willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,

        (B) Willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,

        (C) Connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or

        (D) Willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,

    Shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action the Immigration and Naturalization Service may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

*      Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to Make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent The alien's removal subject to an order of removal.

| Date Order Final:<br>April 11, 2007 | Ordered Removed under Section:<br>237(a)(2)(A)(iii),  237(a)(2)(E)(i) |
|---|---|

**Record of Service**
(Check method used)

**Record of Personal Service**

| Served By: (Print Name and Title of Officer)<br>Margaret Frear, Immigration Enforcement Agent | | Date:    April 11, 2007 |
|---|---|---|
| Officer's Signature:<br>*margaret frear* | Location of Service:<br>El Centro Processing Center El Centro Ca, 92243 | |
| Served On: (Alien's Signature)<br>*refused to sign* | | Date:<br>APRIL 11, 2007 |

| Warning administered in Court<br>(Copy of order attached) | Record of Personal Service (Cont.) |
|---|---|
| Certified Mail Service | Fingerprint of Alien (Specify finger used) |
| **Attach certified mail receipts here.** | *refused to be finger printed* |

Form I-229 (a)
(Revised 12/04/02)

*57*



Office of Detention and Removal Operations
San Diego Field Office

U.S. Department of Homeland Security
880 Front Street
San Diego, CA 92101

**U.S. Immigration
and Customs
Enforcement**

SINGH, Gurdev
C/O El Centro Service Processing Facility
1115 N. Imperial Avenue
El Centro, CA 92243

A42-967-796

## Decision to Continue Detention

This letter is to inform you that your custody status has been reviewed and it has been determined that you will not be released from the custody of U.S. Immigration and Customs Enforcement (ICE) at this time. This decision has been made based on a review of your file and/or your personal interview and consideration of any information you submitted to ICE's reviewing officials.

Based on the file review and the information you provided, I have determined the following factors. You have an extensive criminal record that includes Disturbing the Peace, Battery, Spousal Abuse and multiple DUI violations, clearly indicating that you have a serious alcohol problem. Your alcohol problem posses a danger to the community if you are released from custody. You have admitted that you become angry when you drink. You do not have any vocational training or extensive experience in any field. You have indicated that you are a seasonal farm worker and collect unemployment benefits when not employed. You have not provided this office with any employment prospects if released. Based on your criminal behavior and subsequent convictions, the Agency believes that you posse a threat to the community pursuant to 8CFR 241.14. In addition, your petition for review is pending before the U.S. Court of Appeals for the Ninth Circuit. Therefore, it is in the Agency's best interest to have you remain in ICE custody until a decision is rendered on that review.

Based on the above, you are to remain in ICE custody pending your removal from the United States. You are advised that you must demonstrate that you are making reasonable efforts to comply with the order of removal, and that you are cooperating with ICE's efforts to remove you by taking whatever actions ICE requests to effect your removal. You are also advised that any willful failure or refusal on your part to make timely application in good faith for travel or other documents necessary for your departure, or any conspiracy or actions to prevent your removal or obstruct the issuance of a travel document, may subject you to criminal prosecution under 8 USC Section 1253(a).

Robert Culley, Deputy Field Office Director, San Diego, CA

7/5/7
Date

58

Decision of Post Order Custody Review – Detain
A42-967-796  SINGH, Gurdev
Page 2

---

## PROOF OF SERVICE

**(1)**  **Personal Service (Officer to complete both (a) and (b) below.)**

    (a)  I   _MULKEY Randolph_ , _D. O_ ,
                  Name of ICE Officer             Title

certify that I served _SINGH, Gurdev_ with a copy of

this document at _ECC/SPC_ on _7/12/07_, at _08:00_.
                   Institution          Date          Time

    (b)  I certify that I served the custodian _____ ,
                                              Name of Official

_____ , at _____ , on
        Title                              Institution

_____ with a copy of this document.
    Date

### OR

**(2)**  **Service by certified mail, return receipt.  (Attach copy of receipt.)**

        I _____ , _____ , certify
                    Name of ICE Officer              Title

that I served _____ and the custodian _____ .
               Name of detainee                   Name of Official

with a copy of this document by certified mail at _____ on _____ .
                                   Institution          Date

X _Gurdv. Singh_

( ) cc:  Attorney of Record or Designated Representative
( ) cc:  A-File

**59**

| ICE Staff Routing Sheet | | | | |
|---|---|---|---|---|
| **TO:** Robert F. Baker, FOD | **THRU:** Official Channels | | **SUSPENSE DATE:** | |

**SUBJECT:**
Post Order Custody Review

**EXECUTIVE SUMMARY:**

1. <u>Purpose</u>.  POST ORDER CUSTODY REVIEW = CONTINUE DETENTION

2. <u>Discussion</u>.

3. <u>Recommendation</u>. DETAIN:  SINGH, Gurdev A42-967-796

| CONCURRENCES | | | | |
|---|---|---|---|---|
| **NAME** | **OFFICE** | **SIGNATURE** | **DATE** | **COMMENTS** |
| Ron Batley, SDDO ECC/SPC | ECC | *[signature]* | 7/2/07 | DETAIN |
| Miguel Munoz, AOIC ECC/SPC | ECC | *[signature]* | 7/2/2007 | Concur |
| Robert G. Rillamas, AFOD ECC/SPC | ECC | R+ J. Rillamas | 7/2/07 | Concur |
| Robert Culley, DFOD San Diego, CA. | SND | R. Cu | 7/5/7 | Concur |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| **ACTION OFFICER/OFFICE/EXTENSION:** G. Lopez | **DATE:** 06/14/2007 |
|---|---|

→ Correct & Return

**60**

# POST ORDER CUSTODY REVIEW WORKSHEET

**Detainee Name:**    **SINGH, Gurdev**

**AKA(s):**

**Date of Birth:**   June 21, 1991     **A Number:**   42 967 796

**Place of Birth:**   Bohani     **Nationality:**   India

**Date of Last Arrival:** 06/26/1991     **Place of Arrival:**   San Francisco, CA.

**Status at Last Entry:** P5-1     **Last Date into ICE Custody:** October 24, 2006

**Entered ICE Custody from:**   ☒  **Local, State, or Federal Institution**
                                      **Institution Name/Location:** Centinela State Prison
                                      **BOP/ Institution Numbers:** F03134
                              ☐  **Other:**

**Deportation Case Officer:**   M. Sandoval     **Review Date:** June 13, 2007
        **Contact Phone #:**   (760) 336-4658

**DCO: ECC**
**Detained Location:**  El Centro Service Processing Facility, 1115 Imperial Ave, El Centro, CA

## Deportation/Exclusion/Removal Proceedings

**List all Charges:**   ☒     Section 237 (a) (2)(A)(iii)
                    ☐     Section 212 (a)
                    ☐     Section 241 (a)

☒ Under <u>Final Order</u> dated:  By ☐ IJ   ☒ BIA: March 30, 2007   ☐ Other:

☐ Appeal Waived/Appeal Time Elapsed

Habeas filed: ☒ No   ☐ Yes

Stay Issued in Case: ☐ No  ☒ Yes

## Legal Representative / Attorney

**G-28 Filed:**   ☒ Yes   ☐ No

**Notification of Review Made:** ☐ No   ☒ Yes  **By:** Gerardo Lopez (I.E.A.)

**Name of Representative / Attorney:**  Gopalan Nair Attorneys at Law
**Mailing Address:**                   **Telephone Number:** (510) 657-6107

**Present during interview:**  ☐ Yes ☐ No

*61*

**Immigration History:** (Prior ICE arrest[s]/parole/bond/custody information/adjustment/benefits granted (TPS, DED, withholding, etc.))

On June 26, 1991 Mr. Singh was admitted into the United States at San Francisco, CA., as an Immigrant with a P5-1 classification. On September 18, 2006, he was encountered by Deportation Officer Prendergast while incarcerated at Centinela State Prison. Deportation Officer Prendergast served him with a Notice to Appear and charged him with violating Section 237(a)(2)(A)(iii) and Section 237(a)(2)(E)(i) of the Immigration and Nationality Act. On January 24, 2007, an Immigration Judge ordered him removed from the United States to the country of India. Mr. Singh reserved appeal.

On March 01, 2007, the Board of Immigration Appeals (BIA) received Mr. Singh's appeal. On March 30, 2007, BIA dismissed the appeal stating that Mr. Singh had not filed the appeal on time, and found that the Immigration Judge's decision was final.

Mr. Singh was told that he needed to provide information to help obtain a travel document from the consulate of India and he refused.

On April 11, 2007, form I-229 (a) and Instruction Sheet were served on Mr. Singh. He refused to sign and be fingerprinted but nonetheless, he was provided with a copy of each.

On April 13, 2007, a request for the issuance of a travel document was sent to the Consulate of India located in San Francisco, CA. That request is pending as of today.

On April 24, 2007, Mr. Singh filed to the U.S. Court of Appeals for the Ninth Circuit, case #07-71577. That appeal is pending as of June 13, 2007.

**NCIC Checks:**          ☒ Criminal History          ☐ No record Found
                            (State and Federal)

*62*

**Criminal History:** (list convictions, sentence, date, court, and include a summary of other NCIC arrests, failures to appear, etc.)

Convicted on August 08, 1996, in the City of Yuba, CA. for the offense of Disturbing the Peace by Loud/Unreasonable Noise in violation of Section 415(2) of the California Penal Code and for Battery in violation Section 242 of the California Penal Code.   For these offenses, a term of 24 months probation and 30 days in jail was imposed.

Arrested and charged on February 19, 1997, in the City of Yuba, CA. for the offense of Hit and Run: Property Damage, in violation of Section 20002(A) of the California Vehicle Code. Disposition not available.

Convicted on September 18, 2002, in the Superior Court of California in the county of Sutter, for the offense of Spousal Abuse, in violation of Section 273.5(a) of the California Penal Code.  For this offense a term of 3 years in prison was imposed.

Convicted on October 19, 2005, in the Superior Court of California in the county of Sutter, for the offense of Felony DUI with Priors, in violation of Section(s) 23152(a)/23550.5 of the California Vehicle Code. For this offense a term of two years in prison was imposed. Mr. Singh had multiple DUI violations prior to this conviction.

(Please see arrest record)

(DO NOT FORWARD A COPY OF THE NCIC PRINTOUT TO HQCDU)

63

## Institutional / Disciplinary Record

**Did the detainee have prior Disciplinary Reports?**    ☐ Yes    ☒ No

    If Yes, List & Describe:

    Source:

**Disciplinary reports and incidents while in ICE Custody?**    ☐ Yes    ☒ No

    If Yes, List & Describe:

    Source:

## Specifics of Review

**Date of File Review:** June 13, 2007

**Date of Detainee Interview:** (optional)

**Location of Interview:**

**Reviewing/Interviewing Officer: #1:** Gerardo Lopez (Immigration Enforcement Agent)

                              **#2:**

**Interpreter Used:** (If subject was interviewed)    ☐ Yes    ☒ No
**Name:**
**Language/Dialect:**

**Discussion at interview/review:**

The review conducted on today's date is a file review pursuant to the permanent custody review procedures published in the Federal Register on December 21, 2000.   Therefore, a personal interview was not conducted.

**64**

**Travel Document Status/History:**

| List aliens attempts to get travel documents and status (to include any actions alien has taken to *prevent* removal, and date of service of I-229(a) and Instruction Sheet to Detainee): |
|---|

On April 13, 2007, a request for the issuance of a travel document was sent to the Consulate of India located in San Francisco, CA.  Request is pending as of today.

**On April 11, 2007, form I-229 (a) and Instruction Sheet were served on Mr. Singh.  He refused to sign and be fingerprinted on form I-229(a).**

| List ICE's attempts to obtain a travel document and status: |
|---|

On April 13, 2007, a request for the issuance of a travel document was sent to the Consulate of India located in San Francisco, CA.  Request is pending as of today.

**On March 11, 2007, form I-229 (a) and Instruction Sheet were served on Mr. Singh. He refused to sign and be fingerprinted on form I-229(a).**

65

**Does the detainee have a place to live in the United States?**       ☒ Yes       ☐ No
1450 Whyler RD. #32
Yuba City, CA. 95993  Tel: (530) 822-9922
(Sukhvinder, Kaur, Wife)

**Is the detainee subject to any parole or probation requirements?**    ☒ Yes       ☐ No
Mr. Singh is subject to parole if released from ICE custody.

**Does the detainee have close family ties within the United States?**    ☒ Yes       ☐ No
Ms. Kaur, Tirath, age 21, (daughter) / Mr. Singh, Raghbir, age 18 (son)
1450 Whyler Rd. #32
Yuba City, Ca. 95993    Tel: (530) 822-9922

**Does the detainee have community ties or non-governmental sponsors?**  ☒ Yes   ☐ No
Mr. Singh, Harbinder
1930 Neveda St.        Tel: (530) 846-0170
Gridley, Ca. 95948

**Does the detainee have any employment prospects?**         ☐ Yes       ☒ No
Mr. Singh has not provided any documentation.

**What is the detainee's employment history?**
Mr. Singh claims to have been employed at a Seven Eleven convenience store.
He also claims to be a seasonal farm worker who collects unemployment benefits when not
employed.

**What is the detainee's educational level?**
Mr. Singh attended school up to the 8th grade.

**Does the detainee have any vocational training?**          ☐ Yes       ☒ No
Mr. Singh does not have any vocational training.

**Has the detainee submitted any evidence of rehabilitation, courses while in prison, etc?**
Mr. Singh has not provided any documentation.

## Medical/Psychological Concerns

**Does the detainee have any medical or psychological issues:**    ☒ Yes    ☐ No

**Description (to include Date and Source):**

Service file indicates that Mr. Singh suffers from diabetes and a bad knee.

66

**Other documentary evidence for consideration in this review (include any documentation submitted by detainee):**

Mr. Singh has provided two letters from two different employers for this review.

## Special Circumstances Concerns

**Does the detainee appear to meet any of the criteria of 8 CFR 241.14 for continued detention?**

☒ No        ☐ Yes (indicate below):

☐ Aliens with a Highly Contagious Disease that is a Threat to Public Safety [8 CFR § 241.14(b)].

☐ Aliens Detained on Account of Serious Adverse Foreign Policy Consequences of Release [8 CFR § 241.14(c)].

☐ Aliens Detained on Account of Security or Terrorism Concerns [8 CFR § 241.14(d)].

☐ Detention of Aliens Determined to be Specially Dangerous [8 CFR § 241.14(f)]. Aliens who pose a threat to the public because they have committed a crime of violence, have a mental disorder and behavior associated with the disorder, and are likely to be violent in the future.

**All cases that may possibly meet any of these provisions must be coordinated with HQCDU per existing guidance.**

*67*

## Officer Comments/Analysis & Recommendation

On June 26, 1991 Mr. Singh was admitted into the United States at San Francisco, CA, as an Immigrant with a P5-1 classification. On September 18, 2006, he was encountered at Centinela State Prison by Deportation Officer S. Pendergast. Mr. Singh was serving a 3 year sentence after having been convicted of Spousal Abuse and DUI with priors. He was served with a Notice to Appear (NTA) and charged with violating Section 237(a)(2)(A)(iii) and Section 237(a)(2)(E)(i) of the Immigration and Nationality Act. Mr. Singh was subsequently placed in Immigration Proceedings.

On June 24, 2007, Mr. Singh was ordered removed to India by an Immigration Judge. Mr. Singh exercised his right to appeal the Judge's decision. On March 01, 2007, he filed his appeal before the Board of Immigration Appeals. On March 30, 2007, the BIA dismissed the appeal, therefore, making the Judge's decision final. On April 24, 2007, Mr. Singh filed a petition for review before the U.S. Court of Appeals for the Ninth Circuit. Case #07-71577 is pending with a Stay of Removal in effect.

Mr. Singh has indicated that he has two children living in the United States. However, he has no other significant community ties in the U.S.

Mr. Singh has an extensive criminal record that includes Disturbing the Peace, Battery, Spousal Abuse and multiple DUI violations, clearly indicating that he has a serious alcohol problem. Mr. Singh's alcohol problem posses a danger to the community if released from custody. He has admitted that he becomes angry when he drinks. He does not have any vocational training or extensive experience in any field. He has indicated that he is a seasonal farm worker and collects unemployment benefits when not employed. He has not provided this office with any employment prospects if released. Based on his criminal behavior and subsequent convictions, he posses a threat to the community pursuant to 8CFR 241.14. Therefore, it is in the best interest of the Agency to have Mr. Singh on continued detention until his removal is effected.

| | | |
|---|---|---|
| Gerardo Lopez<br>Immigration Enforcement Agent | Date: 6/14/07<br>Signature: | |
| Ron Batley, Supervisory Detention &<br>Deportation Officer for ECC/SPC | Date: 6/14/07<br>Signature: | |
| Miguel Munoz<br>Assistant Officer in Charge | Date: 6/29/2007<br>Signature: | |
| Robert G. Rillamas<br>Assistant Field Office Director, ECC | Date: 7/2/07<br>Signature: | |

## DECIDING OFFICIAL'S CUSTODY DETERMINATION

☐    RELEASE FROM CUSTODY / ORDER OF SUPERVISION

☐    CONTINUE IN CUSTODY - RETAIN CUSTODY JURISDICTION

☐    CONTINUE IN CUSTODY - REFER TO HQCDU

68

Comments:

ICE Field Office: SND

Robin F. Baker, Field Office Director, San Diego, CA

7/5/7

Date

ROBERT M. CULLEY
DEPUTY FIELD OFFICE DIRECTOR
DRO SAN DIEGO, CA

69

## General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 07-71577 | **Docketed:** 04/25/2007 |
| Singh, et al v. Mukasey | |
| **Appeal From:** Board of Immigration Appeals | |

**Case Type Information:**
 1) agency
 2) review
 3) San Diego Southern California

**Originating Court Information:**
 **District:** BIA-1 : A42-967-796
 **Date Filed:** 04/24/2007

**Prior Cases:**
 None

**Current Cases:**
 None

| | |
|---|---|
| GURDEV SINGH<br>      Petitioner | Gopalan Nair, Esq., Attorney<br>Direct: 510/657-6107<br>Fax: 657-6914<br>[COR LD NTC Retained]<br>Suite 1A<br>39737 Paseo Padre Parkway<br>Fremont, CA 94538-0000 |
| v. | |
| MICHAEL B. MUKASEY, Attorney General<br>      Respondent | Ronald E. LeFevre, Esq.<br>[LD NTC Government]<br>OFFICE OF THE DISTRICT COUNSEL<br>Department of Homeland Security<br>P.O. Box 26449<br>San Francisco, CA 94126-6449<br><br>OIL, Esq. |

*70*

[COR LD NTC Government]
DOJ - U.S. DEPARTMENT OF JUSTICE
Civil Div./Office of Immigration Lit.
P.O. Box 878, Benjamin Franklin Station
Washington, DC 20044-0000

---

GURDEV SINGH,

       Petitioner

v.

MICHAEL B. MUKASEY, Attorney General,

       Respondent

---

| 04/25/2007 | 1 | FILED AS OF 4/24/07. INS Petition for REV and Motion for Stay. Docketed Cause and Entered Appearance of Counsel. Pursuant to G.O. 6.4(c)(1)(3) A TEMPORARY STAY OF REMOVAL IS IN EFFECT pending further order. The schedule is set as follows: Pursuant to G.O. 6.4(c)(1)(3), the schedule is set as follows: Cert. Admin. Record due 6/19/07 Response to motion for stay due 7/17/07 for Alberto R. Gonzales MOATT [07-71577] |
| 04/25/2007 | 2 | Filed AS OF 4/24/07 Petitioner Gurdev Singh's motion to stay deportation (see schedule above) [07-71577] served on 4/24/07 [6156096] MOATT [07-71577] |
| 04/25/2007 | 3 | Verified that Petitioner's counsel of record has been admitted to practice in this court. [07-71577] |
| 08/03/2007 | 6 | Filed order MOATT (snr) The absence of a timely response to the stay motion is construed as a statement of non-opp to the stay motion. Accordingly, the temporary stay continues in effect until issuance of the mandate or further order of the court. The admin record is due 8/31/07. The opening brief is due 11/29/07; the answering brief is due 1/28/08. [07-71577] |
| 11/26/2007 | 7 | Filed Petitioner Gurdev Singh's motion to extend time to file petitioner's opening brief until 1/29/08 [07-71577] served on 11/26/07 [6357628] (PROMO) [07-71577] |
| 12/03/2007 | 8 | Filed order (Deputy Clerk: gss) The petitioner's motion for an ext of time to file the opening brief is construed as a motion to amend the |

*71*

briefing schedule due to the absence of the admin record. The petitioner's motion to amend the briefing schedule is granted. The admin record is due 12/28/07. The briefing schedule is amended as follows: the opening brief is due 3/27/08; the answering brief is due 5/28/08. [07-71577]

03/26/2008   9   Filed Petitioner Gurdev Singh's motion to extend time to file petitioner brief until 05/27/2008. Served on 03/26/2008.

03/28/2008   10   Filed clerk order (Deputy Clerk:GSS): Setting schedule as follows: Petitioner opening brief due 07/21/2008 for Gurdev Singh. Respondent brief due 09/19/2008 for Michael B. Mukasey, Attorney General. Appellant's optional reply brief is due 14 days after service of the answering brief.

04/10/2008   11   Electronic Certified Administrative Record Filed. Number of Disks (CD-ROMs or DVDs): 1.

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/29/2008 10:38:53 | | | |
| **PACER Login:** | ux3449 | **Client Code:** | |
| **Description:** | Docket Report (filtered) | **Search Criteria:** | 07-71577 |
| **Billable Pages:** | 1 | **Cost:** | 0.08 |

*72*