UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEV SINGH,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, et al.,<br><br>　　　　　Respondents. | Case No. 08cv0464-BTM (JMA)<br>A42-967-796<br><br>DECLARATION OF<br>SAMUEL W. BETTWY |

I, SAMUEL W. BETTWY, declare and state as follows:

1. I am the lead attorney of record in this case.

2. On April 30, 2008, I was informed by email from Ms. Karen Y. Drummond, Paralegal Specialist at the Office of Immigration Litigation, that on August 28, 2007, a copy of the certified administrative record in Singh's removal proceedings, No. A42-967-796, was mailed to Singh's attorney of record in Singh v. Mukasey, No. 07-71577 (9th Cir.), at the following address:

Mr. Gopalan Nair
39737 Paseo Padre Parkway, Ste. 1A
Fremont, CA 94538

I make this declaration under penalty of perjury under the laws of the United States of America.

DATED: May 1, 2008

　　　　　　　　　　　　　　　　　　　s/ *Samuel W. Bettwy*
　　　　　　　　　　　　　　　　　　　SAMUEL W. BETTWY