UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GURDEV SINGH, | ) | Case No. 08cv0464 BTM (JMA) |
| | ) | |
| Petitioner, | ) | CERTIFICATE OF SERVICE |
| | ) | BY ELECTRONIC COURT |
| v. | ) | FILING ("ECF") |
| | ) | |
| MICHAEL CHERTOFF, Secretary of | ) | |
| Homeland Security, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |
| | ) | |
| STATE OF CALIFORNIA | ) | |
| | ) ss. | |
| COUNTY OF SAN DIEGO | ) | |

IT IS HEREBY CERTIFIED that:

I, Samuel W. Bettwy, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, Room 6293, San Diego, California; I am not a party to the above-entitled action.

On May 14, 2008, I am causing service of the following (accompanying) document

**NOTICE OF APPEARANCE**

on Petitioner, through Petitioner's attorney of record, JAMES FIFE, by electronically filing the foregoing document with the Clerk of the District Court using its Electronic Court Filing ("ECF") System, with this accompanying Certificate, which filing and System result in electronic notification to said attorney of said filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 14th day of May, 2008.

s/ *Samuel W. Bettwy*
SAMUEL W. BETTWY