KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119
Facsimile:   (619) 557-5004

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GURDEV SINGH, | ) | Case No. 08cv0464 BTM (JMA) |
| | ) | |
| Petitioner, | ) | NOTICE OF APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary of | ) | |
| Homeland Security, et al., | ) | |
| | ) | CTRM:   16 |
| | ) | JUDGE:   Hon. Barry Ted Moskowitz |
| Respondents. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel for Respondents in the above-caption ed case.  I certify that I am admitted to practice in this Court or authorized to practice under CivLR 83.3.c.3-4. I should receive all future Notices of Electronic Filings relating to activity in this case at the following e-mail address:

**Samuel W. Bettwy**     Tel: 619-557-7119     Email: samuel.bettwy@usdoj.gov

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case:

None

1    This notice is purely for the purpose of obtaining Notices of Electronic Filings in this case and

2    does not constitute a waiver of any defense or objection, including but not limited to personal

3    jurisdiction, sufficient process, sufficient process of service and proper venue.

4    Please feel free to contact me should you have any questions regarding this notice.

5

6    DATED:   May 14, 2008                          Respectfully submitted,

          KAREN P. HEWITT
7         United States Attorney

8         s/ *Samuel W. Bettwy*
                                          _____
9         SAMUEL W. BETTWY
          Assistant United States Attorney
10        Attorneys for Respondents
          Email: samuel.bettwy@usdoj.gov

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28