**JAMES FIFE**
California Bar No. 237620
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Tel: (619) 234-8467 ext. 3715 / Fax: (619) 687-2666
james_fife@fd.org

Attorneys for Mr. Singh

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARRY T. MOSKOWITZ)**

| | |
|---|---|
| **GURDEV SINGH,** | CASE NO. 08CV0464-BTM (JMA) |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL** |
| **MICHAEL CHERTOFF, et al.,** | |
| Defendant. | |

Notice is hereby given by James Fife, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case to correct an administrative error in the case filing:

| | |
|---|---|
| Document: | *Petitioner's Traverse* |
| File Date: | May 21, 2008 |
| Docket #: | 12 |

Respectfully submitted,

Dated: May 22, 2008          /s/ JAMES FIFE
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
James_Fife@fd.org

//

//

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: May 22, 2008         /s/ JAMES FIFE
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
James_Fife@fd.org (email)