KAREN P. HEWITT
United States Attorney
SAMUEL W. BETTWY
Assistant U.S. Attorney
California State Bar No. 94918
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119
Facsimile:   (619) 557-5004

Attorneys for Respondents

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEV SINGH, ) | Case No. 08cv0464 BTM (JMA) |
| ) | |
| Petitioner, ) | |
| ) | GOVERNMENT'S EX PARTE REQUEST |
| vs. ) | FOR ORAL ARGUMENT |
| ) | |
| MICHAEL CHERTOFF, Secretary of ) | |
| Homeland Security, et al., ) | |
| ) | |
| Respondents. ) | CTRM:   16 |
| ) | JUDGE:   Hon. Barry Ted Moskowitz |

In his Traverse, Petitioner, through counsel, makes certain assertions and concessions by omission which compel the Government to seek a hearing for further argument on the ultimate issue of which portions of Singh's detention are attributable to him and which are attributable to the Government in deciding whether to grant relief.  Accordingly, the Government hereby seeks oral argument in this case.

DATED:  May 22, 2008

    Respectfully submitted,

    KAREN P. HEWITT
    United States Attorney

    s/ *Samuel W. Bettwy*
    _____
    SAMUEL W. BETTWY
    Assistant United States Attorney
    Attorneys for Respondents