# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEV SINGH,<br><br>            Plaintiff,<br>vs.<br>MICHAEL CHERTOFF,<br><br>            Defendant. | CASE NO. 08CV464 BTM (JMA)<br><br>ORDER RE: REQUEST TO STAY CASE |

Petitioner shall file his response to Respondents' request to hold this case in abeyance by August 22, 2008.

IT IS SO ORDERED.

DATED: August 15, 2008

*Barry Ted Moskowitz*

Honorable Barry Ted Moskowitz
United States District Judge