# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURDEV SINGH,<br><br>                Plaintiff,<br>   vs.<br>MICHAEL CHERTOFF,<br><br>                Defendant. | CASE NO. 08cv464 BTM (JMA)<br><br>ORDER GRANTING STAY |

     Based on the submissions of both parties, the Court GRANTS respondents' ex parte request for a stay of this case for sixty days pending Petitioner's bond review before an Immigration Judge. The parties shall appear for a status conference in this matter on October 28, 2008 at 4:00 p.m.

IT IS SO ORDERED.

DATED: August 27, 2008

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge